# Exhibit 1

## FAIR LABOR STANDARDS ACT EMPLOYMENT SERVICES CONSENT

Print Name: __Russell Savage_____

1. I hereby consent to make a claim against __Smoky Rose_____ to pursue my claims of unpaid overtime during the time that I worked with the company.

2. I designate the law firm and attorneys at FITZ LAW PLLC as my attorneys to prosecute and make decisions concerning my wage claims, the manner and method of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

3. I authorize the law firm and attorneys at FITZ LAW PLLC to use this consent to file my claim in a separate lawsuit, class/collective action, or arbitration against __Smoky Rose_____.

4. I understand that, by filing this Consent Form, I will be bound by the Judgment of the Court or arbitrator on all issues in this case.

Signature: _*Russ Savage*_____ (Russ Savage (Aug 26, 2024 15:49 CDT))     Date Signed: __08/26/24_____