# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Russ Savage
Plaintiff

v.

Smoky Rose, LLC
Defendant

3:25-cv-00914-E
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Plaintiff Russ Savage, Individually and for Others Similarly Situated,

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Plaintiff Russ Savage
Plaintiff's Counsel—Travis Gasper, GASPER LAW PLLC
Plaintiff's Counsel—Carl A. Fitz, FITZ LAW PLLC (admission pro hac vice pending)

|  |  |
|---|---|
| Date: | 04/11/2025 |
| Signature: | /s/ Travis Gasper |
| Print Name: | Travis Gasper |
| Bar Number: | 24096881 |
| Address: | 633 West Davis Street |
| City, State, Zip: | Dallas, Texas 75208 |
| Telephone: | 469.663.7736 |
| Fax: | 833.957.2957 |
| E-Mail: | travis@travisgasper.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.