AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| Savage | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:25-cv-00914-E |
| | ) |
| Smoky Rose LLC | ) |
| *Defendant* | ) |

## Summons in a Civil Action

**TO:** Smoky Rose LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Travis Gasper
1408 N. Riverfront Blvd
Suite 323
Dallas , TX 75207

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 04/14/2025

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:25-cv-00914-E

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Smoky Rose LLC</u> was received by me on *(date)* <u>May 5, 2025, 11:15 am</u>.

[X] I personally served the summons on the individual at *(place)* <u>8602 Garland Road, Dallas, TX 75218</u> on *(date)* <u>Tue, May 13 2025</u> ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

[X] I served the summons on *(name of individual)* <u>David Tripplehorn-Cash</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>Smoky Rose LLC</u> on *(date)* <u>Tue, May 13 2025</u> ; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 05/14/2025

*Server's signature*: *Thomas Mix* (signature)

Thomas Mix - PROCESS SERVER
*Printed name and title*

3131 BROOKHOLLOW DR, FARMERS BRANCH, TX 75234
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 13, 2025, 12:59 pm at 8602 Garland Road, Dallas, TX 75218 received by Smoky Rose LLC, BY DELIVERING TO ITS REGISTERED AGENT, David Tripplehorn-Cash. Age: 50; Ethnicity: Caucasian; Gender: Male; Weight: 220; Height: 6'; Hair: Black.

DELIVERED TO THE ABOVE-NAMED WAS A SUMMONS AND ORIGINAL COMPLAINT.