IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **RUSS SAVAGE, Individually and Similarly Situated,** § § § | | |
| *Plaintiff,* § § | | |
| v. § | Case No. 3:25-CV-914 | |
| § § | | |
| **SMOKY ROSE, LLC,** § § | | |
| *Defendant.* § | | |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Before the Court is Defendant Smoky Rose, LLC's ("**Defendant**") Unopposed Motion for Leave for Extention of Time to Answer or Otherwise Plead (the "**Motion**"). Having considered the Motion, any response or reply thereto, the pleadings, the Court's file, and arguments of counsel, if any, the Court is of the opinion that the Motion should be **GRANTED** in its entirety. It is therefore,

**ORDERED** that the Motion is hereby **GRANTED**. It is further,

**ORDERED** that Defendant's time to file its answer and/or responsive pleading(s) to Plaintiff's Complaint is extended until June 20, 2025.

ORDER	PAGE 2

SIGNED AND SO ORDERED this _____ day of _____, 2025.

_____
Judge Ada Brown
UNITED STATES DISTRICT JUDGE