# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **RUSS SAVAGE, Individually and Similarly Situated,** | § § § | |
| *Plaintiff,* | § § | |
| **v.** | § § | **Case No. 3:25-CV-914** |
| **SMOKY ROSE, LLC,** | § § § | |
| *Defendant.* | § § | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Heather M. Crabill of Platt Richmond PLLC hereby enters her appearance as counsel for Defendant Smoky Rose, LLC in the above-styled and numbered cause. Copies of all notices, orders, correspondence, and any other case-related information in this action should be provided to and served at the following address:

**HEATHER M. CRABILL**
Texas Bar No. 24131151
hcrabill@plattrichmond.com
1201 N. Riverfront Blvd., Suite 100
Dallas, Texas 75207
214.559.2700 Main
214.559.4390 Fax

Dated: June 5, 2025

Respectfully submitted,

**PLATT RICHMOND PLLC**

*/s/ Heather M. Crabill*
**KINSEY D. LAKEY**
Texas Bar No. 24122134
klakey@plattrichmond.com
**WILLIAM S. RICHMOND**
Texas Bar No. 24066800
brichmond@plattrichmond.com
**HEATHER M. CRABILL**
Texas Bar No. 24131151
hcrabill@plattrichmond.com

1201 N. Riverfront Blvd., Suite 100
Dallas, Texas 75207
214.559.2700 Main
214.559.4390 Fax

**COUNSEL FOR DEFENDANT**

**WORD COUNT: 73**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel for Defendant hereby certifies that a copy of the foregoing document was served on all counsel of record on June 5, 2025, via electronic filing through the Court's ECF filing system.


*/s/ Heather M. Crabill*
**HEATHER M. CRABILL**