IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **RUSS SAVAGE, Individually and Similarly Situated,** | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Case No. 3:25-CV-914 |
| **SMOKY ROSE, LLC,** | § § § | |
| *Defendant.* | § § | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that William S. Richmond of Platt Richmond PLLC hereby enters his appearance as counsel for Defendant Smoky Rose, LLC in the above-styled and numbered cause. Copies of all notices, orders, correspondence, and any other case-related information in this action should be provided to and served at the following address:

WILLIAM S. RICHMOND
Texas Bar No. 24066800
brichmond@plattrichmond.com
1201 N. Riverfront Blvd., Suite 100
Dallas, Texas 75207
214.559.2700 Main
214.559.4390 Fax

| | |
|---|---|
| Dated: June 5, 2025 | Respectfully submitted, |
| | **PLATT RICHMOND PLLC** |
| | <u>*/s/ William S. Richmond*</u><br>**KINSEY D. LAKEY**<br>Texas Bar No. 24122134<br>klakey@plattrichmond.com<br>**WILLIAM S. RICHMOND**<br>Texas Bar No. 24066800<br>brichmond@plattrichmond.com<br>**HEATHER M. CRABILL**<br>Texas Bar No. 24131151<br>hcrabill@plattrichmond.com |
| | 1201 N. Riverfront Blvd., Suite 100<br>Dallas, Texas 75207<br>214.559.2700 Main<br>214.559.4390 Fax |
| | **COUNSEL FOR DEFENDANT** |
| **WORD COUNT: 73** | |

## CERTIFICATE OF SERVICE

The undersigned counsel for Defendant hereby certifies that a copy of the foregoing document was served on all counsel of record on June 5, 2025, via electronic filing through the Court's ECF filing system.

*/s/ William S. Richmond*
**WILLIAM S. RICHMOND**