# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **RUSS SAVAGE**, Individually and For Others Similarly Situated,<br><br>  Plaintiff,<br><br>v.<br><br>**SMOKY ROSE, LLC,**<br><br>  Defendant. | Case No. 3:25-cv-00914-E<br><br><br><br>JURY TRIAL DEMANDED<br><br><br>COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) |

## ADVISORY OF INTENT TO AMEND COMPLAINT

Plaintiff Russ Savage (Savage) advises the Court of his intent to amend his Original Complaint (Doc. 1) within seven days, on or before June 19, 2025. *See* Procedures and Standing Order II.C(2).

Date: June 12, 2025.              Respectfully submitted,

By: */s/ Carl A. Fitz*
  **Carl A. Fitz**
  Tex. State Bar No. 24105863
  **FITZ LAW PLLC**
  3730 Kirby Drive, Ste. 1200
  Houston, Texas 77098
  Tel.: (713) 766-4000
  carl@fitz.legal

  AND

  Travis Gasper
  Texas Bar No. 24096881
  **GASPER LAW PLLC**
  1408 N. Riverfront Blvd., Suite 323
  Dallas, Texas 75207
  Phone: (469) 663-7336
  Fax: (833) 957-2957
  Email: travis@travisgasper.com

  **Attorneys for Plaintiff**