# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| RUSSELL SAVAGE, Individually and For Others Similarly Situated, | Case No.: 3:25-cv-914 |
| v. | JURY TRIAL DEMANDED COLLECTIVE ACTION PURSUANT |
| SMOKY ROSE, LLC. | TO 29 U.S.C. § 216(b) |

## NOTICE OF FILING NOTICE OF CONSENT

Plaintiff hereby submits the attached notice(s) of consent:

1. Savage, Russell

Dated: June 25, 2025                                   Respectfully Submitted,

                                                       By:   /s/ *Carl A. Fitz*
                                                             **Carl A. Fitz**
                                                             Tex. State Bar No. 24105863
                                                       **FITZ LAW PLLC**
                                                       3730 Kirby Drive, Ste. 1200
                                                       Houston, Texas 77098
                                                       Tel.: (713) 766-4000
                                                       carl@fitz.legal

                                                       AND

                                                       Travis Gasper
                                                       Texas Bar No. 24096881
                                                       GASPER LAW PLLC
                                                       633 West David Street
                                                       Dallas, Texas 75208
                                                       Phone: (469) 663-7336
                                                       Fax: (833) 957-2957
                                                       Email: travis@travisgasper.com

                                                       **Attorney for Plaintiffs**

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing document was served by ECF electronic filing on all known parties on June 25, 2025.

                                                       /s/ *Carl A. Fitz*
                                                       **Carl A. Fitz**

2