UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RUSS SAVAGE, Individually and for Others Similarly Situated, | § § § § § § § § § § § | |
| *Plaintiff,* | | |
| v. | | CASE NO. 3:25-cv-914 |
| SMOKY ROSE, LLC, | | |
| *Defendant.* | | |

## AGREED MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiff Russel Savage and Defendant Smoky Rose, LLC file this Agreed Motion for Entry of Protective Order in the above-captioned case. The Parties have conferred and agree to all the terms of the proposed Protective Order, attached hereto as Exhibit A, and respectfully request the Court grant this Motion and enter the agreed Protective Order.

Dated: August 22, 2025

Respectfully submitted,

**PLATT RICHMOND PLLC**

*/s/ Kinsey D. Lakey*
**KINSEY D. LAKEY**
Texas Bar No. 24122134
klakey@plattrichmond.com
**WILLIAM S. RICHMOND**
Texas Bar No. 24006680040
brichmond@plattrichmond.com
**HEATHER M. CRABILL**
Texas Bar No. 24131151
hcrabill@plattrichmond.com

1201 N. Riverfront Blvd., Suite 100
Dallas, Texas 75207
214.559.2700 Main
214.559.4390 Fax

**COUNSEL FOR DEFENDANT**

and

**FITZ LAW PLLC**

*/s/ Carl. A. Fitz (with permission)*
Carl A. Fitz
Tex. Bar No. 24105863
3730 Kirby Drive, Ste. 1200
Houston, Texas 77098
Tel.: (713) 766-4000
carl@fitzlegal

Travis Gasper
Texas Bar No. 24096881
**GASPER LAW PLLC**
633 West David Street
Dallas, Texas 75208
Phone: (469) 663-7336
Fax: (833) 957-2957
Email: travis@travisgasper.com

**Attorneys for Plaintiff**

## CERTIFICATE OF CONFERENCE

Pursuant to L.R. 7.1(h), the undersigned certifies that she conferred with counsel for Plaintiff and that this motion is agreed to by the parties and unopposed.

*/s/ Kinsey D. Lakey*
**KINSEY D. LAKEY**

## CERTIFICATE OF SERVICE

The undersigned counsel for Defendant hereby certifies that a copy of the foregoing document was served on all counsel of record on August 22, 2025, via electronic filing through the Court's ECF filing system.

*/s/ Kinsey D. Lakey*
**KINSEY D. LAKEY**