# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| RUSS SAVAGE, Individually and For Others Similarly Situated, | Case No. 3:25-cv-00914-E |
| v. | JURY TRIAL DEMANDED COLLECTIVE ACTION PURSUANT |
| SMOKY ROSE, LLC. | TO 29 U.S.C. § 216(b) |

## JOINT REPORT OF SELECTION OF MEDIATOR

Plaintiff, by and through undersigned counsel, and Defendant, by and through undersigned counsel, jointly agree to the selection of a mediator in this matter. The parties have agreed to appoint **Mike Bassett,** to serve as mediator.

Date: September 11, 2025.                    Respectfully submitted,

By: */s/ Carl A. Fitz*
    **Carl A. Fitz**
    Tex. State Bar No. 24105863
**FITZ LAW PLLC**
3730 Kirby Drive, Ste. 1200
Houston, Texas 77098
Tel.: (713) 766-4000
carl@fitz.legal

AND

**Travis Gasper**
Texas Bar No. 24096881
**GASPER LAW PLLC**
633 West David Street
Dallas, Texas 75208
Phone: (469) 663-7336
Fax: (833) 957-2957
Email: travis@travisgasper.com
**Attorneys for Plaintiff**

**AND**

**PLATT RICHMOND PLLC**

*/s/ Kinsey D. Lakey*
**KINSEY D. LAKEY**
Texas Bar No. 24122134
klakey@plattrichmond.com
**WILLIAM S. RICHMOND**
Texas Bar No. 24006680040
brichmond@plattrichmond.com
**HEATHER M. CRABILL**
Texas Bar No. 24131151
hcrabill@plattrichmond.com
1201 N. Riverfront Blvd., Suite 100
Dallas, Texas 75207
214.559.2700 Main
214.559.4390 Fax

**Attorneys for the Defendant**
