UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **RUSS SAVAGE, Individually and for Others Similarly Situated,** | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. 3:25-cv-914 |
| **SMOKY ROSE, LLC,** | § § § | |
| *Defendant.* | § | |

## JOINT MOTION TO CONTINUE MEDIATION DEADLINE

Plaintiff Russ Savage and Defendant Smoky Rose, LLC (collectively, the "**Parties**"), move the Court to continue the current mediation deadline from December 12, 2025, to January 30, 2025. In support, the Parties show as follows:

### I.     BACKGROUND

1. The Court's Mediation Order [Doc. 22] currently requires mediation to be completed by December 12, 2025. The Parties previously scheduled mediation on December 12, 2025, in accordance with the Order.

2. The Parties are actively engaged in written discovery as outlined in the Joint Status Report [Doc 18].

3. Ongoing disputes regarding discovery have arisen, but the Parties are working cooperatively to resolve these issues without the need for Court intervention.

4. The Parties now seek for the Court to extend the deadline for the Parties to mediate until January 30, 2026.

### II.     ARGUMENTS & AUTHORITIES

5. The Parties require additional time to resolve outstanding discovery disputes,

which are central to the claims and defenses in this action.

6. Additionally, Plaintiff anticipates filing a motion for class certification, and additional discovery is necessary to support or oppose such motion. Additionally, Plaintiff's anticipated motion for class certification is expected to have a significant impact on the scope and nature of the claims at issue. Resolution of this motion may alter the composition of the parties and the claims subject to mediation, thereby affecting the Parties' ability to engage in meaningful settlement discussions prior to a ruling on class certification. Accordingly, additional time is necessary to ensure that mediation can proceed in an informed and effective manner.

7. Extending the mediation deadline will allow the Parties to complete necessary discovery, facilitate meaningful settlement discussions, and potentially narrow the issues for trial.

8. This request is made pursuant to FED. R. CIV. P. 16(b)(4), which permits modification of a scheduling order for good cause.

9. The Parties have conferred in good faith and jointly request this extension.

10. No party will be prejudiced by the requested continuance; rather, it will promote judicial economy and facilitate resolution of the case. Furthermore, extending the mediation deadline will not interfere with any other deadlines currently set by the Court, nor will it affect the current trial setting.

### III. REQUESTED RELIEF

The Parties request that the Court enter an order continuing the mediation deadline to January 30, 2025, with all other deadlines, including the trial setting, to remain unchanged, and granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

**PLATT RICHMOND PLLC**

| | |
|---|---|
| */s/ Kinsey D. Lakey* | */s/ Carl A. Fitz* |
| **KINSEY D. LAKEY** | **CARL A. FITZ** |
| Texas Bar No. 24122134 | Tex. State Bar No. 24105863 |
| klakey@plattrichmond.com | **FITZ LAW PLLC** |
| **WILLIAM S. RICHMOND** | 3730 Kirby Drive, Ste. 1200 |
| Texas Bar No. 24006680040 | Houston, Texas 77098 |
| brichmond@plattrichmond.com | Tel.: (713) 766-4000 |
| **HEATHER M. CRABILL** | carl@fitz.legal |
| Texas Bar No. 24131151 | |
| hcrabill@plattrichmond.com | AND |
| | |
| 1201 N. Riverfront Blvd., Suite 100 | **TRAVIS GASPER** |
| Dallas, Texas 75207 | Texas Bar No. 24096881 |
| 214.559.2700 Main | **GASPER LAW PLLC** |
| 214.559.4390 Fax | 633 West David Street |
| | Dallas, Texas 75208 |
| **COUNSEL FOR DEFENDANT** | Phone: (469) 663-7336 |
| | Fax: (833) 957-2957 |
| | travis@travisgasper.com |
| | |
| | **COUNSEL FOR PLAINTIFF** |