UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RUSS SAVAGE, Individually and for Others Similarly Situated, | Case No. 3:25-cv-914 |
| v. | Jury Trial Demanded |
| SMOKY ROSE, LLC. | 29 U.S.C. § 216(b) Collective Action |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT IN SUPPORT OF MOTION FOR COURT-AUTHORIZED NOTICE**

**A.  SUMMARY**

In support of his motion for court-authorized notice, Plaintiff Russ Savage seeks to file under seal an exhibit to the motion, which consists of a server handbook that Smoky Rose has designated as confidential.

**B.  STANDARD FOR SEALING**

"Courts have recognized that the public has a common law right to inspect and copy judicial records," but that "right is not absolute." *SEC v. Van Waeyenberghe*, 990 F.2d 845, 848 (5th Cir. 1993) (citing *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978)). "Every court has supervisory power over its own records and files, and access [may be] denied where court files might ... become a vehicle for improper purposes." *Id.* Thus, the presumption of public access may be rebutted where the requesting party establishes that sealing the records "is essential to preserve higher values and is narrowly tailored to serve that interest." *Press-Enter. Co. v. Superior Ct. of Cal. For Riverside Cnty.*, 478 U.S. 1, 9 (1986) (internal quotation omitted).

C.  **ARGUMENT & AUTHORITIES**

Smoky Rose has designated the Server Handbook as confidential. Savage intends to use the Server Handbook in support of his Motion for Court-Authorized Notice. Good cause exists to grant Savage's request because this Court should consider the Server Handbook as evidence, regardless of Smoky Rose's confidentiality designation.

D.  **CONCLUSION**

For these reasons, the Court should permit the Server Handbook to be filed under seal.

        Respectfully submitted,

        By:   */s/ Carl A. Fitz*
        **Carl A. Fitz**
        Tex. Bar No. 24105863
        **FITZ LAW PLLC**
        3730 Kirby Drive, Ste. 1200
        Houston, Texas 77098
        Tel.: (713) 766-4000
        Email: carl@fitz.legal

        AND

        Travis Gasper
        Texas Bar No. 24096881
        **GASPER LAW PLLC**
        633 West David Street
        Dallas, Texas 75208
        Phone: (469) 663-7336
        Fax: (833) 957-2957
        Email: travis@travisgasper.com

        **ATTORNEYS FOR SAVAGE AND THE TIPPED WORKERS**

## CERTIFICATE OF CONFERENCE

On December 15, 2025, I conferred with Defendant's counsel regarding the relief presently requested. Defendant is unopposed.

*/s/ Carl A. Fitz*
_____
Carl A. Fitz

## CERTIFICATE OF SERVICE

In accordance with the Federal Rules of Civil Procedure, I hereby certify that on December 15, 2025 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

*/s/ Carl A. Fitz*
**Carl A. Fitz**

## CERTIFICATE OF WORD COUNT

I certify that the word count of this Motion is 231 words.

*/s/ Carl A. Fitz*
**Carl A. Fitz**