# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| RUSS SAVAGE, individually and on behalf of all others similarly situated, <br><br> v. <br><br> SMOKY ROSE LLC. | **Case No. 3:25-cv-914** <br> FLSA Collective Action |

## ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT IN SUPPORT OF MOTION FOR COURT-AUTHORIZED NOTICE

On this day, came on for consideration Savage's Motion for Leave to File Under Seal Exhibit in Support of Motion for Court-Authorized Notice. Upon review of the Motion, the Court is of the opinion that it should be and hereby is GRANTED.

_____        _____
Date                                                         Ada Brown
                                                                     United States District Judge