# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **RUSS SAVAGE**, Individually and Similarly Situated, § § § § *Plaintiff,* § § **v.** § § **SMOKY ROSE, LLC,** § § *Defendant.* § § § | Case No. 3:25-CV-914 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Christopher L. Harbin of Platt Richmond PLLC hereby enters his appearance as counsel for Defendant Smoky Rose, LLC in the above-styled and numbered cause. Copies of all notices, orders, correspondence, and any other case-related information in this action should be provided to and served at the following address:

**CHRISTOPHER L. HARBIN**
Texas Bar No. 24083134
charbin@plattrichmond.com
1201 N. Riverfront Blvd., Suite 100
Dallas, Texas 75207
214.559.2700 Main
214.559.4390 Fax

Dated: December 31, 2025  Respectfully submitted,

**PLATT RICHMOND PLLC**

*/s/ Christopher L. Harbin*
**KINSEY D. LAKEY**
Texas Bar No. 24122134
klakey@plattrichmond.com
**CHRISTOPHER L. HARBIN**
Texas Bar No. 24083134
charbin@plattrichmond.com
**WILLIAM S. RICHMOND**
Texas Bar No. 24066800
brichmond@plattrichmond.com
**HEATHER M. CRABILL**
Texas Bar No. 24131151
hcrabill@plattrichmond.com

1201 N. Riverfront Blvd., Suite 100
Dallas, Texas 75207
214.559.2700 Main
214.559.4390 Fax

**COUNSEL FOR DEFENDANT**

**WORD COUNT: 73**

## CERTIFICATE OF SERVICE

    The undersigned counsel for Defendant hereby certifies that a copy of the foregoing document was served on all counsel of record on December 31, 2025, via electronic filing through the Court's ECF filing system.

                                                  */s/ Christopher L. Harbin*
                                                  **CHRISTOPHER L. HARBIN**