UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **RUSS SAVAGE, Individually and for Others Similarly Situated,** | § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | **CASE NO. 3:25-cv-914** |
| **SMOKY ROSE, LLC,** | § § § | |
| *Defendant.* | § § | |

**ORDER GRANTING DEFENDANT SMOKY ROSE'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

Upon consideration of Defendant Smoky Rose, LLC's ("**Defendant**") Unopposed Motion for Leave to File Documents Under Seal ("**Motion to Seal**"), the pleadings, the Court's file, and arguments of counsel, if any, and having carefully weighed the First Amendment right of access to public documents against the need to protect the Parties' interests in its confidential information, the Court finds Defendant's Motion to Seal is well taken. It is, therefore,

**ORDERED** that the Motion to Seal is hereby **GRANTED** in its entirety. It is further,

**ORDERED** that the following exhibits to Defendants' Response to Plaintiff's Motion for Court-Authorized Notice (the "**Response**") shall be sealed, and the Clerk of the Court is hereby instructed to seal the same in the Court's docket:

- Exhibit 1-A (Appx 009-016): Smoky Rose Server Handbook (SR 000001-000008). This exhibit contains confidential information detailing Smoky Rose's business operations and payment structure for all of its tip eligible employees. This information is not public and constitutes a trade secret giving Smoky Rose a competitive advantage.

- Exhibit 1-B (Appx 017): Plaintiff's Separation Notice (SR 000082). This exhibit contains confidential information detailing certain of Plaintiff's employment records. Smoky Rose designated this information confidential as it contains Smoky Rose's confidential employment records.

- First and Second sentence of paragraph 4 in Exhibit 1 that references confidential information contained in Exhibit 1-A. (Appx 002) These sentences disclose confidential information related to Smoky Rose's business practices and payment structures.

- First sentence of paragraph 6 in Exhibit 1 that references confidential information contained in Exhibit 1-B. (Appx 002-003). This sentence discloses Smoky Rose's confidential employment records

The Clerk of the Court is further instructed to file the public version of Exhibits 1, 1-A, and 1-B attached to the Response in the Court's docket.

SIGNED AND SO ORDERED this _____ day of _____, 2026.

_____
Judge Ada Brown
UNITED STATES DISTRICT JUDGE