# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **RUSS SAVAGE, Individually and for Others Similarly Situated,** | § § § § | |
| *Plaintiff,* | § § | |
| | § | **CASE NO. 3:25-cv-914** |
| **v.** | § § | |
| **SMOKY ROSE, LLC,** | § § | |
| *Defendant.* | § § | |

## ORDER DENYING PLAINTIFF'S MOTION FOR COURT-AUTHORIZED NOTICE

Before the Court is the Plaintiff Russ Savage's ("**Plaintiff**") Motion for Court-Authorized Notice ("**Motion**"). After reviewing the Motion, the response, the pleadings on file, the evidence presented, and the arguments of counsel, if any, the Court is of the opinion that the Motion should be, and hereby is, **DENIED IN ITS ENTIRETY**.

**IT IS THEREFORE ORDERED** that Plaintiff failed to meet his burden to establish that there are similarly situated employees.

**IT IS FURTHER ORDERED** that Defendant Smoky Rose, LLC ("**Defendant**") bartenders, barbacks, and runners are not similarly situated employees under 29 U.S.C. § 216(b).

**IT IS FURTHER ORDERED** that none of Defendant's current or former

employees are entitled to notice of this FLSA action.

SIGNED on this _____ day of _____, 2026.


_____
HON. ADA BROWN
UNITED STATES DISTRICT
JUDGE