UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **RUSS SAVAGE, Individually and for Others Similarly Situated,** | § § § § § § § § § § § | |
| *Plaintiff,* | | |
| v. | | CASE NO. 3:25-cv-914 |
| **SMOKY ROSE, LLC,** | | |
| *Defendant.* | | |

### JOINT MOTION TO CONTINUE MEDIATION DEADLINE

Plaintiff Russ Savage and Defendant Smoky Rose, LLC (collectively, the "**Parties**"), move the Court to continue the mediation deadline to June 4, 2026. In support, the Parties show as follows:

#### I.  BACKGROUND

1. The Court's Mediation Order [Doc. 22], as modified by the Court's Electronic Order [Doc. 24], currently requires the Parties to complete mediation on or before January 30, 2026.

2. Discovery in this matter is ongoing and scheduled to conclude on June 4, 2026.

3. The Parties believe that mediation will be significantly more productive and meaningful once discovery has concluded and the factual record has been sufficiently developed.

4. Accordingly, the Parties now seek to continue the deadline to complete mediation on May 15, 2026. The Parties have conferred with Mike Bassett, the agreed upon and previously ordered mediator, who is also available for the agreed upon mediation date.

#### II.  ARGUMENTS & AUTHORITIES

5. This request is made pursuant to Fed. R. Civ. P. 16(b)(4), which permits

modification of a scheduling order for good cause.

6. The Parties are actively engaged in discovery, and outstanding discovery remains central to the claims and defenses at issue. Conducting mediation prior to the close of discovery would likely limit the effectiveness of settlement discussions, as the Parties will not yet have a complete understanding of the evidentiary record or the respective strengths and weaknesses of their positions.

7. Extending the mediation deadline until May 15, 2026 will allow discovery to conclude, facilitate informed and meaningful settlement discussions, and increase the likelihood that mediation will be productive and efficient. The requested continuance will conserve the resources of both the Parties and the Court and further the goal of resolving this matter without unnecessary motion practice or trial preparation.

8. The Parties have conferred in good faith and jointly request this extension.

9. No party will be prejudiced by the requested continuance. Further, extending the mediation deadline will not interfere with any other deadlines currently set by the Court, nor will it affect the current trial setting.

### III.   REQUESTED RELIEF

For these reasons, the Parties respectfully request that the Court enter an order continuing the mediation deadline to May 15, 2026, with all other deadlines, including the trial setting, to remain unchanged, and granting such other and further relief as the Court deems just and proper.

[SIGNATURES ON FOLLOWING PAGE]

Respectfully submitted,

**PLATT RICHMOND PLLC**

| | |
|---|---|
| */s/ Kinsey D. Lakey* | */s/ Carl A. Fits* |
| **KINSEY D. LAKEY** | **CARL A. FITZ** |
| Texas Bar No. 24122134 | Tex. State Bar No. 24105863 |
| klakey@plattrichmond.com | **FITZ LAW PLLC** |
| **WILLIAM S. RICHMOND** | 3730 Kirby Drive, Ste. 1200 |
| Texas Bar No. 24006680040 | Houston, Texas 77098 |
| brichmond@plattrichmond.com | Tel.: (713) 766-4000 |
| **HEATHER M. CRABILL** | carl@fitz.legal |
| Texas Bar No. 24131151 | |
| hcrabill@plattrichmond.com | AND |
| | |
| 1201 N. Riverfront Blvd., Suite 100 | **TRAVIS GASPER** |
| Dallas, Texas 75207 | Texas Bar No. 24096881 |
| 214.559.2700 Main | **GASPER LAW PLLC** |
| 214.559.4390 Fax | 633 West David Street |
| | Dallas, Texas 75208 |
| **COUNSEL FOR DEFENDANT** | Phone: (469) 663-7336 |
| | Fax: (833) 957-2957 |
| | travis@travisgasper.com |
| | |
| | **COUNSEL FOR PLAINTIFF** |

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2026, a true and correct copy of this instrument was served upon all parties of record via electronic notice by the court's e-filing system in accordance with the Federal Rules of Civil Procedure.

*/s/ Kinsey D. Lakey*
**KINSEY D. LAKEY**