UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **RUSS SAVAGE, Individually and for Others Similarly Situated,** | § § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO. 3:25-cv-914 |
| **SMOKY ROSE, LLC,** | § § § | |
| *Defendant.* | § | |

## ORDER GRANTING JOINT MOTION TO CONTINUE MEDIATION DEADLINE

Before the Court is the Joint Motion to Continue Mediation Deadline ("**Motion**") filed by Plaintiff Russ Savage and Defendant Smoky Rose, LLC (the "**Parties**"). Having considered the Motion, the Court finds that good cause exists to grant the requested relief.

**IT IS THEREFORE ORDERED** that the deadline to complete mediation is continued to **May 15, 2026**.

All other deadlines and the current trial setting shall remain unchanged.

SIGNED on this _____ day of _____, 2026.

_____
Hon. Ada Brown
United States District Judge