# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| RUSS SAVAGE, Individually and for Others Similarly Situated, | **Case No. 3:25-cv-914** |
| v. | Jury Trial Demanded |
| SMOKY ROSE, LLC. | 29 U.S.C. § 216(b) Collective Action |

## SAVAGE'S MOTION FOR LEAVE TO SUPPLEMENT MOTION FOR COURT-AUTHORIZED NOTICE

Respectfully submitted,

By:    */s/ Carl A. Fitz*
       **Carl A. Fitz**
       Tex. Bar No. 24105863
**FITZ LAW PLLC**
3730 Kirby Drive, Ste. 1200
Houston, Texas 77098
Tel.: (713) 766-4000
Email: carl@fitz.legal

AND

Travis Gasper
Texas Bar No. 24096881
**GASPER LAW PLLC**
633 West David Street
Dallas, Texas 75208
Phone: (469) 663-7336
Fax: (833) 957-2957
Email: travis@travisgasper.com

**ATTORNEYS FOR SAVAGE AND
THE TIPPED WORKERS**

i

## I.    SUMMARY AND NATURE OF THE PROCEEDING

Savage requests notice be sent to current and former Smoky Rose bartenders, barbacks, and runners (Tipped Workers), as they were subject to the same unlawful tip pool as Savage. Doc. 25. Smoky Rose opposed the Motion, and argued that there was no evidence of similarly situated employees. Doc. 31. This week, a former Smoky Rose bartender filed a notice of consent, and confirmed that other Smoky Rose workers were subjected to the same policies in violation of the Fair Labor Standards Act. *See* **Exhibit 1** (Delgado Decl.). Smoky Rose's Director of Operations also confirmed the existence of similarly situated workers. *See* **Exhibit 2** (Aroche Dep.). Because this evidence became available after the conclusion of briefing Savage's Motion for Court-Authorized Notice, leave is warranted.

## II.    ARGUMENTS AND AUTHORITIES

Permission is required to file supplemental pleadings, briefs, authorities, or evidence. N.D. Tex. L.R. 56.7. Courts permit supplements to the evidentiary record for good reason. *See Harris Corp. v. Ericsson, Inc.*, 194 F.Supp.2d 533, 542 (N.D. Tex. 2002). Courts have granted similar requests under similar circumstances. *See Parsons v. Liberty Insurance Co.*, No. 3:20-cv-01682-K, 2021 WL 2414765, at *1 (N.D. Tex. June 14, 2021) (granting motion for leave to supplement where legal authority did not exist at time of briefing); *cf. Binh Hoa Le v. Exeter Finance Corp.*, No. 3:15-CV-3839-L, 2019 WL 1436375, at **9-10 (N.D. Tex. Mar. 31, 2019) (striking supplemental evidence where filing party

did not seek leave and supplemental filings "unnecessarily delayed the resolution of all the pending motions in this case and the trial").

Good cause exists to permit Savage to supplement the record with Luis Delgado's declaration. Ex. 1. Delgado filed his notice of consent to participate in the case today. Doc. 37. Delgado recently executed his declaration. Ex. 1. This evidence was not available at the time Savage filed his Motion. Smoky Rose objected to providing Delgado's contact information in written discovery in this case, and should not gain a strategic benefit from its failure to comply with Rule 26(a)(1)(A)(i) and Rule 33. *See* Doc. 25-1 at PageID 156 (Objection and Answer to Interrogatory No. 1).

Delgado confirms that other Tipped Employees were subject to the same unlawful tip pool scheme (Ex. 1 at ¶¶ 5-11) and Smoky Rose management participated in the Smoky Rose tip pool (Ex. 1 at ¶¶ 15-18).

Oscar Aroche's deposition testimony should also be considered in support of Savage's Motion for Court-Authorized Notice. Ex. 2. Aroche's deposition occurred after briefing on Savage's Motion completed. Smoky Rose is not prejudiced because it submitted Aroche's declaration in its opposition to Savage's Motion. *See* Doc. 32 at PageID 249 (Declaration of Oscar Aroche).

Aroche's testimony confirms that Smoky Rose bar managers participate in the tip pool (Ex. 2 at 12:3 – 12:17), Smoky Rose servers spend most of their time performing non-tip generating work (Ex. 2 at 27:4 – 28:4), Smoky Rose bar managers provide hiring and firing recommendations (Ex. 2 at 46:18 – 50:18).

Dated: April 15, 2026.                    Respectfully submitted,

                                          By:    */s/ Carl A. Fitz*
                                                 **Carl A. Fitz**
                                                 Tex. State Bar No. 24105863
                                          **FITZ LAW PLLC**
                                          3730 Kirby Drive, Ste. 1200
                                          Houston, Texas 77098
                                          Tel.: (713) 766-4000
                                          carl@fitz.legal

                                          AND

                                          Travis Gasper
                                          Texas Bar No. 24096881
                                          **GASPER LAW PLLC**
                                          633 West David Street
                                          Dallas, Texas 75208
                                          Phone: (469) 663-7336
                                          Fax: (833) 957-2957
                                          Email: travis@travisgasper.com

                                          **ATTORNEYS FOR SAVAGE AND THE
                                          TIPPED WORKERS**

## CERTIFICATE OF WORD COUNT

I certify that the word count of this Motion is 494 words.

                                          */s/ Carl A. Fitz*
                                          **Carl A. Fitz**

3

## CERTIFICATE OF CONFERENCE

I conferred with Defendant's counsel regarding the relief presently requested on March 24, 2026. Defendant is opposed.

*/s/ Carl A. Fitz*
**Carl A. Fitz**

## CERTIFICATE OF SERVICE

In accordance with the Federal Rules of Civil Procedure, I hereby certify that on April 15, 2026 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

*/s/ Carl A. Fitz*
**Carl A. Fitz**

4