**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| RUSS SAVAGE, Individually and for Others Similarly Situated, | **Case No. 3:25-cv-914** |
| v. | Jury Trial Demanded |
| SMOKY ROSE, LLC. | 29 U.S.C. § 216(b) Collective Action |

**APPENDIX IN SUPPORT OF SAVAGE'S MOTION FOR LEAVE TO SUPPLEMENT MOTION FOR COURT-AUTHORIZED NOTICE**

| Ex. | Description | Page |
|---|---|---|
| 1 | Declaration of Luis Delgado | 1-3 |
| 2 | Deposition of Oscar Aroche | 4-15 |

Respectfully submitted,

By:    /s/ Carl A. Fitz
       **Carl A. Fitz**
       Tex. Bar No. 24105863
**FITZ LAW PLLC**
3730 Kirby Drive, Ste. 1200
Houston, Texas 77098
Tel.: (713) 766-4000
Email: carl@fitz.legal

Travis Gasper
Texas Bar No. 24096881
**GASPER LAW PLLC**
633 West David Street
Dallas, Texas 75208
Phone: (469) 663-7336
Fax: (833) 957-2957
Email: travis@travisgasper.com

**ATTORNEYS FOR SAVAGE AND THE TIPPED WORKERS**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| RUSS SAVAGE, Individually and for Others Similarly Situated, | **Case No. 3:25-cv-914** |
| v. | Jury Trial Demanded |
| SMOKY ROSE, LLC. | 29 U.S.C. § 216(b) Collective Action |

**DECLARATION OF LUIS DELGADO**

I, Luis Delgado, declare as follows:

1.      My name is Luis Delgado, I am over twenty-one years of age and am otherwise testify to to the facts set forth in this Declaration. All statements contained in this Declaration are true and correct and are based upon my personal knowledge.

2.      I was a barback and bartender at Smoky Rose from April 2022 until April 2024.

3.      I am aware of Russ Savage's allegations in this lawsuit, and submit this Declaration in support of my claims.

4.      I have personal knowledge, from my employment, that Smoky Rose employed many others as bartenders, barbacks, and runners under the same employment practices and policies as myself.

5.      The bartenders, barbacks, and runners were all subject to the same Smoky Rose employment practices and policies as me.

6.      Smoky Rose required all bartenders, barbacks, and runners, including myself, to participate in the same tip pooling arrangement.

7.      Based on my employment and conversations with my coworkers, I know that Smoky Rose does not fully distribute the pooled tips solely among customarily and regularly tipped employees.

8.     As a bartender, I was required to contribute a percentage of my total alcohol sales to a mandatory tip pool of which a portion of the tips pooled were distributed to the other bartenders, barbacks, and runners.

9.     I also know that Smoky Rose paid its bartenders, barbacks, and runners, an hourly wage regardless of the amount of tips the other bartenders and I contributed to the tip pool.

10.     As a result, any pooled tips exceeding the guaranteed hourly rate were not fully distributed solely among customarily and regularly tipped employees.

11.     I earned tips as part of my work as a barback and bartender, and like all tipped workers at Smoky Rose, I was included in the mandatory tip pool.

12.     At all relevant times, the tipped employees, including myself, were not managers or supervisors.

13.     Smoky Rose records all cash and credit card tips that its employees earn at the end of the workday.

14.     It also records all hours worked by its managers, supervisors, and employees at the end of the day.

15.     Despite this recordkeeping, Smoky Rose unlawfully kept and diverted tips from me and other tipped employees by allowing management to share in the mandatory tip pool.

16.     Smoky Rose's management participated in the Smoky Rose tip pool, despite not performing tip generating job duties.

17.     I am aware of at least one Smoky Rose Manager, Alfonso Ramos, who received tips from the Smoky Rose tip pool, despite not performing tip generating job duties.

18.     Smoky Rose's managers—including Alfonso Ramos—did not perform bartender or server job duties.

2

19.    The statements I have made herein apply equally to other bartenders, barbacks, and runners according to my observations and interactions with other Smoky Rose tipped workers. I spoke with other bartenders, barbacks, and runners at Smoky Rose about the tip pool theft.

20.    Based on my experience working at Smoky Rose, I believe many other tipped workers would be interested in making a claim to recover their tips if given the opportunity and informed that Smoky Rose could not do anything to retaliate against them for exercising their statutory rights.

21.    Most, if not all, of Smoky Rose's bartenders, barbacks, and runners have smart phone cell phones with the ability to view websites. Sending notice of the collective action via cell phone would be effective in notifying other bartenders and servers of this action, their rights with respect to this action, and inform them that Smoky Rose is prohibited from retaliating against them for joining this action.

22.    I declare under penalty of perjury that the foregoing is to true and accurate.

Signed on __Apr 2, 2026__

_Luis Delgado Nino (Apr 2, 2026 14:37:38 CDT)_

Luis Delgado

3

# Deposition Transcript

Case Number: 3:25-cv-914
Date: January 21, 2026

In the matter of:

# RUSS SAVAGE, et al. v SMOKY ROSE, LLC

## Oscar Aroche



CERTIFIED COPY

Reported by:
Kellie Rowbotham

Steno
Agency, Inc.

315 West 9th Street
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(888) 707-8366
NV: Firm #108F

APPENDIX_000004

OSCAR AROCHE
JANUARY 21, 2026

JOB NO. 2344002

Page 2

A P P E A R A N C E S

FOR THE PLAINTIFF:
    Mr. Carl A. Fitz
    FITZ LAW PLLC
    3730 Kirby Drive
    Suite 1200
    Houston, Texas  77098
        (713) 766-4000
        carl@fitz.legal

FOR THE DEFENDANT:
    Ms. Heather M. Crabill
    Mr. Christopher Harbin
    PLATT RICHMOND, PLLC
    1201 N. Riverfront Blvd.
    Suite 100
    Dallas, Texas  75207
        (469) 707-2046
        hcrabill@plattrichmond.com
        charbin@plattrichmond.comm

Page 3

INDEX

                                        PAGE

Appearances.......................................2

Stipulations......................................--

OSCAR AROCHE
    Examination by Mr. Fitz ......................4
Reporter's Certificate...........................90
Signature and Changes............................93

            NO EXHIBITS WERE MARKED

Page 4

P R O C E E D I N G S

(On the record at 9:58 a.m.)

THE REPORTER:  Would you like to state any agreements for the record before I swear in the witness?

MR. FITZ:  No.  I don't think so.

OSCAR AROCHE, having been first duly sworn, testified as follows:

EXAMINATION

BY MR. FITZ:

Q   Can you please state and spell your name for the record?

A   **Oscar, O-s-c-a-r, Aroche, A-r-o-c-h-e.**

Q   And, Mr. Aroche, my name is Carl Fitz.  I'm the attorney for Russ Savage.  And do you understand that you're under oath today?

A   **I do.**

Q   Okay.  Are you familiar with Mr. Savage's claims against Smoky Rose?

A   **Yes.**

Q   What do you understand those claims to be generally?

A   **I think tips.  That's -- that's all I know.**

Q   Okay.  And can you elaborate on what Mr. Savage is claiming regarding tips?

Page 5

A   **That he was underpaid.**

Q   Who is allowed to receive tips at Smoky Rose?

A   **What do you mean?**

Q   Smoky Rose has a tip pool, right?

A   **Correct.**

Q   And who is allowed to participate in that tip pool?

A   **Well, depending, for example, bartenders, runners, bussers and servers.**

Q   Okay.  Anyone else?

A   **No.**

Q   Okay.  And how does Smoky Rose decide the amount of tips to pay to those individuals?

A   **It's by percentage.**

Q   Do you remember the specific percentage for any of those job positions?

A   **Yeah.**

Q   What are they?

A   **In total it's eight percent.  And he actually shared 3.5 percent --**

THE REPORTER:  Say -- I'm sorry.  Say that again.

THE WITNESS:  **Eight percent.**

THE REPORTER:  Uh-huh.

APPENDIX_000005

OSCAR AROCHE
JANUARY 21, 2026

JOB NO. 2344002

Page 6

THE WITNESS: And 3.5 percent is for the bartenders.

A 2.5 percent is for the runners and two percent for the bussers.

Q Who set that up?

A The company. We did.

Q Did you set that up?

A I was part of it.

Q Who else was part of that decision?

A All the management.

Q Can you provide the names, please?

A It was myself and also the prior, you know, general managers; Leo Morales. Leo Morales used to work there for, like, probably -- I don't know -- ten years ago. That was the first GM. And... I don't remember the other guy. Yeah.

Q Did David Cash have a role in setting up the tip pool?

A No.

Q Okay. So just management, right?

A Correct.

Q Okay. How did you get into the service industry?

A It was back when I was in college. It probably was in 2001. I started working for this

Page 7

restaurant. It's called Cafe Madrid. And I -- I've loved the service industry since then. So, yeah, it was back in college.

Q Where did you go to college?

A I went to El Centro College, and I also went to Richland College.

Q And what was in your role in your first job in the service industry?

A Server.

Q How did you work your way up to management?

A I don't know. Life. You know, I like the industry. I -- I was planning to be an architect. So that's why I started going to college.

And I got this passion for the service industry. So I started learning every single position of the restaurant; front house, back of the house, management, bartending. So, yeah, I move up, you know, to every single position.

Q How many years have you been in the service industry?

A Twenty-five years.

Q Have there been a lot of changes over that time?

A Of course.

Q What types of changes have you observed?

Page 8

A For example, you know, the POS system. You know, technology is one. It's depending -- you know, depending on -- I don't know. It's a lot. Yeah. I don't have that -- yeah.

Q And what's a POS system?

A The POS system -- the one that we use is called Toast. Before we used to use -- you know, only from the screen. You have to go from one room to another room. Now everything is in your hand. So that's a big change.

Q Was Smoky Rose your first management position?

A No.

Q Where did you start being a manager?

A For Lombardi Family Concepts. It was at Sangria. I was the general manager.

Q And around what year was that?

A 2008.

Q And can you just provide an overview of your work history from 2008 onwards?

A Of course. So I worked for Lombardi Family Concepts for probably seven years. And then after that I moved to Parigi. Parigi is a small bistro. And I was there for four years.

And then I moved to Quesa for a general

Page 9

manager position again for another two years; and after that, Nora on Greenville Avenue for another four years. And then I moved to Smoky Rose.

Q What year did you start at Smoky Rose?

A Smoky Rose -- it was on 2006. I'm sorry. '7. No. No. 2006. I'm sorry. Yeah, yeah. I'm already confused.

Q Okay. And if you're ever unsure about an answer to my question during this deposition, "I don't know" or "I don't remember" is a perfectly fine answer.

A Okay. Perfect.

Q So in 2006 what was your role at Smoky Rose?

A I was a server.

Q Okay.

A I have this proposition for the general manager. He used to be a DJ for the place that I used to run before. And he invite me to be his assistant. And I was, like, I need to learn everything.

And since I saw this place, it was a monster. I never had these big restaurant before. And I -- I didn't accept the position. So I was, like, I just wanna go little by little; learn, you know, every position of the restaurant.

APPENDIX_000006

Page 10

So I started as a server. And then they teach me how to do the -- to smoke meats. So I was in the kitchen for one month.

And after that I was in the bar for probably four months. And... And I have the opportunity. They're, like, you're ready? And I got the promotion as assistant manager, and that's it.

Q   So starting with your role as a server, what were your job duties day to day?

A   Come in on time, being the best server, selling, you know, team work.

Q   Anything else?

A   Huh-uh.

Q   Is that a "no"?

A   No.

Q   And I'm not trying to be rude. The court reporter --

A   Yeah. No. No.

Q   The court reporter cannot take down --

A   That's fine. Yeah.

MS. CRABILL: Sorry. Let him finish his question before you start to answer just for her benefit, too.

Q   Yeah. The court reporter will pull her hair out if we talk over each other. So I'm gonna let you

Page 11

finish before asking my question, and I'd ask that you let me finish the question before answering for her sake, okay?

A   Okay.

Q   Thank you. Did you do anything else as a server?

A   No.

Q   Has the role of a server changed from 2006 to today at Smoky Rose?

A   I don't understand your question.

Q   Do servers at Smoky Rose in 2026 do anything different from servers in 2006?

A   No.

Q   How was the tip pool set up in 2006?

A   It was the same, but the percentage was different.

Q   Okay. So from 2006 to 2026 the same individuals or job categories participated in the tip pool, but the percentages were different. Is that fair?

A   Correct.

Q   Okay. Are managers or supervisors allowed to participate in Smoky Rose's tip pool?

A   Managers, no. Supervisors, yes.

Q   Okay. What is the job position of a

Page 12

supervisor who is permitted to participate in the tip pool?

A   The only one -- supervisor is the bar supervisor, which is the bar manager.

Q   And how long has Smoky Rose had a bar manager job position?

A   Since I started working there.

Q   And since you started working at Smoky Rose, has the bar manager always been permitted to participate in the tip pool?

A   Yes.

Q   So that decision was made before you became manager at Smoky Rose, right?

A   Correct.

Q   As a manager at Smoky Rose, you have the authority to change the tip pool, right?

A   Correct.

Q   Do you know who made the original decision at Smoky Rose to include bar managers in the tip pool?

A   No.

Q   Do you know if it was David Cash?

A   I know he wasn't.

Q   And why do you say that?

A   Because David is not involved on that.

Page 13

Q   What is David Cash's involvement at Smoky Rose?

A   Well, what do you mean?

Q   Does he do anything at Smoky Rose?

A   No.

Q   He just owns the place?

A   Correct.

Q   Does he ever show up while folks are working at Smoky Rose?

A   Yes.

Q   What does he do whenever he's physically present at Smoky Rose?

A   He sees the sales. He talks with us about it. And that's it.

Q   When you make changes as a manager at Smoky Rose, does David Cash approve those changes?

A   No.

Q   Okay. I wanna go back to the bar manager who participates in the tip pool. What are some names of recent bar managers that have participated in the Smoky Rose tip pool?

A   Alfonso Ramos and Heston Wilson.

Q   Do you know how to spell Heston Wilson's name?

A   H-e-s-t-o-n, Wilson, W-i-l-s-o-n.

APPENDIX_000007

OSCAR AROCHE
JANUARY 21, 2026

Page 14

Q    And when Mr. Ramos was a bar manager, what were his job duties?

A    His job duties was scheduling, pre-batching, leadership for the bar, bartending and oversees the bar department basically.

Q    Anything else?

A    No.

Q    Out of the five job duties that you listed for Mr. Ramos, which job duty did Mr. Ramos spend the most time performing?

A    That would be bartending.

Q    How do you know that?

A    Because I was there.

Q    You physically observed Mr. Ramos bartending?

A    I personally scheduled him.

Q    Okay.  So Mr. Ramos was scheduled to bartend, but you did not personally observe him making the drinks; is that fair?

A    No.  I did -- saw him multiple times during the weekends doing -- and batching drinks.

Q    And what are batching drinks?

A    For example, we have margaritas.  So we have to pre-batch because sometimes we sell over 2,000 margaritas in one day.  Just imagine doing one by

Page 15

one.  It's pre-batched.

Q    Okay.  So pre-batching is what Mr. Ramos spent the most time doing; is that fair?

MS. CRABILL:  Objection, form.

A    No.

Q    What's the difference between batching and pre-batching?

A    It's the same.

Q    Okay.  But you say that Mr. Ramos spent the most time bartending.  What is Mr. Ramos doing when he's bartending?

A    Like any other bartenders do, making drinks.

Q    Okay.  Is he taking orders at the bar?

A    Correct.

Q    And he's making the drink?

A    Correct.

Q    And he's providing the drink to the customer?

A    Correct.

Q    Okay.  How much -- what was Mr. Ramos' typical schedule?

A    Mondays it was scheduling and ordering.  He wasn't part of the team on Mondays because that was the day that I scheduled him to do the schedules and ordering and, of course, looking for financials and

Page 16

the -- the liquor cost, you know, margins, et cetera, et cetera.  Thursdays, Fridays, Saturdays and Sundays he was a bartender.

Q    Did Mr. Ramos supervise other workers on Thursday, Friday, Saturday and Sunday?

A    Only on -- on the bar.

Q    Okay.

A    He was the bar leader.

Q    Okay.  So on Thursday, Friday, Saturday and Sunday Mr. Ramos supervised the other bartenders.

A    Correct.

Q    Okay.  You mentioned that Mr. Ramos oversees the bar department.  What does that mean?

A    Cleanliness, organization, team work, recipes.

Q    Did Mr. Ramos decide which type of whiskey to order?

A    No.

Q    Did Mr. Ramos have any role in inventory?

A    Yes.

Q    What was his role in inventory?

A    He counts every single -- well, he used to count everything.

Q    What were his dates of employment?

A    In general?

Page 17

Q    By year.

A    About, you know, a year and a half, two years.  So it was twenty...  He left on 2015 (sic).  I think he start on December '13 (sic).

Q    Is it December 2023 to 2025?

A    2023, yes.

Q    Okay.  So just for a clear record, was Mr. Ramos' tenure approximately December 2023 to 2025?

A    Correct.

Q    Okay.  And all the job duties that you've been describing for Mr. Ramos applied the entirety of December 2023 to 2025, correct?

A    Correct.

Q    Okay.  It never changed, right?

A    No.

Q    Okay.  So during that whole time Mr. Ramos counted inventory, correct?

A    Correct.

Q    Mr. Ramos counted inventory on Thursday, Friday, Saturday and Sunday, correct?

MS. CRABILL:  Objection, form.

A    No.

Q    Okay.  Why do you say "no"?

A    Because we count inventory only once per

APPENDIX_000008

OSCAR AROCHE
JANUARY 21, 2026

JOB NO. 2344002

Page 18

month.

Q   Do you know which day of the week --

A   Mondays.

Q   Okay.  How do you know he did that on Mondays?

A   Because I was there.

Q   Okay.  Which days are you typically at Smoky Rose?

A   Monday to Sunday.

Q   Okay.  What's your schedule?

A   From seven or eight -- no.  I'm sorry.  From 8:00 a.m. until 7:00 p.m.

Q   And how late is Smoky Rose open?

A   Until 9:00 p.m.

Q   And what was Mr. Ramos' schedule?

A   Mondays he was from 1:00 p.m. until close; Thursdays, 3:00 p.m. until close; Fridays, the same; Saturday, the same; and Sunday, the same.

Q   So is it fair to say that you never personally observed Mr. Ramos' job duties from 7:00 p.m. until close?

A   Uh-huh.  Yes.

Q   Okay.  How many people are bartending on a typical shift?

A   Depending of the season.

Page 19

Q   What's a -- how many bartenders are bartending on a busy season?

A   On a busy season?  Five.

Q   And how about slow season?

A   One.

Q   So on slow season is Mr. Ramos the only bartender?

A   No.

Q   So one plus Mr. Ramos, correct?

A   Uh-huh.

Q   Yes?

A   Yes.

Q   Okay.  A good bar manager delegates, right?

A   I don't understand by "delegates."

Q   A bar manager can't make all the drinks himself, right?

A   Of course.

Q   And a good bar manager exercises leadership, right?

A   Correct.

Q   And by exercising leadership, a bar manager delegates who makes which drinks efficiently, right?

A   Correct.

Q   And you can't delegate and make drinks at the same time, right?

Page 20

A   Correct.

Q   Do you know how much time Mr. Ramos spent delegating compared to making drinks?

A   I don't remember.

Q   When you testified earlier this morning that Mr. Ramos spent most of his time bartending, did that include the time he spent delegating bartending?

A   I would say so.

Q   Okay.  Did you have authority to remove Mr. Ramos from the tip pool?

A   No.

Q   Who at Smoky Rose had authority to decide that Mr. Ramos can no longer participate in the tip pool?

A   I think -- I don't understand your question.

Q   So my question is about the chain of command at Smoky Rose.

A   Correct.

Q   Who makes decisions.

A   Correct.

Q   And you testified that you did not have authority to remove a bar manager from the tip pool, correct?

A   I did because managers are not allowed to be involved with the tip share.

Page 21

Q   So if you decided to remove bar managers from Smoky Rose's tip pool, you could make that decision unilaterally?

A   Yes.

Q   Would you have to get David Cash's approval for that decision?

A   No.

Q   Okay.  Why haven't you removed the bar managers from Smoky Rose's tip pool?

A   Because they're bartenders.

Q   Okay.  Are there any other reasons?

A   I remove him on Mondays because he was -- you know, he wasn't working as a bartender.  That was the only time that I remove him.

Q   And let's dig into that.  So Smoky Rose calculates the tips day by day; is that fair?

A   Correct.  It's by hours.

Q   Okay.  And Smoky Rose's policy is that the bar manager can participate in the tips Thursday, Friday, Saturday and Sunday, correct?

A   Depending of his schedule.

Q   Okay.  Are there -- what does it depend on?

A   Could be, you know, different manager, different schedules.

Q   And by "different schedules," do you mean

OSCAR AROCHE
JANUARY 21, 2026

JOB NO. 2344002

Page 22

the bar manager does not participate in the tip pool if they don't work that day?

A   Correct.

Q   Are there any other circumstances that it depends on?

A   No.

Q   Okay.  Did Heston Wilson's job duties differ from Mr. Ramos'?

A   No.

Q   And is Mr. Wilson the current bar manager?

A   No.

Q   Who's the current bar manager?

A   We don't have one.

Q   Okay.  Why not?

A   Because he just left a month ago, and it's a slow season.  So I'm in charge of overseeing, you know, the bar manager right now.

Q   Smoky Rose did not eliminate the bar manager position, correct?

A   No.

Q   Smoky Rose will hire a new bar manager when it picks up.

A   Correct.

Q   Was Mr. Ramos paid hourly?

A   Correct.

Page 23

Q   What was his hourly rate?

A   $25 he start.

Q   And about how many hours a week did Mr. Ramos work?

A   Between 32 to 36 hours.

Q   Did Mr. Ramos receive any other compensation?

A   Besides the tip share, no.

Q   About how much per week did Mr. Ramos take home in tips?

A   I don't recall that.

Q   Do you know if it was more or less than $1,000?

A   I would say less.

Q   Do you know if it was more or less than $500?

A   I would say between $500 and $700.

Q   Did Smoky Rose pay for Mr. Ramos to go on any trips?

A   I don't recall that.

Q   Smoky Rose hosts parties, right?

A   Yes.

Q   What's the terminology Smoky Rose uses for those?

A   Depending.

Page 24

Q   Would you call it a special event?

A   Yes.

Q   Okay.  I just wanna use what you would call it.  What would you call it?

A   Private event.

Q   Okay.  Does Smoky Rose use a bar manager at the private events?

A   No.

Q   Did Mr. Ramos work the private events?

A   I don't remember.

Q   Did Mr. Wilson work any private events?

A   Yes.

Q   When Mr. Wilson worked a private event, was he working as a bar manager?

A   No.

Q   And why do you say that?

A   Because he was a bartender before he got promoted.

Q   Okay.  So you're testifying that Mr. Wilson worked the private event before he was promoted to bar manager?

A   Correct.  He was part of the team.

Q   Okay.  How are tips shared at private events?

A   Depending.

Page 25

Q   What does it depend on?

A   It's he's in the bar -- because we have two bars.  We have the Cowboy -- no.  Three bars.  I'm sorry.  Cowboy bar, patio bar and bourbon bar.

If he's in the bourbon bar, the 18 percent goes to the bartenders.  If he's on the half of the patio, full patio in the covered bar, which is the patio bar, it goes 18 percent divided by the servers and the bartenders.

And in the cowboy bar goes to the bartenders.  So that's why I was, like, depended.  We have a lot of events.

Q   So for the cowboy bar, is it eighteen percent to bartenders?

A   Uh-huh.

Q   Yes?

A   Yes.

Q   And you said it -- it depends -- private events that are in the bar.  Are there private events that are not in one of those three bars?

A   If a server is involved, they're gonna be -- share equally.  For example, if we have two bartenders and two servers, they will be sharing for four parts the 18 percent.

Q   Okay.  And my question is just a little bit

APPENDIX_000010

Page 26

different.  My question is whether Smoky Rose hosts private events anywhere else other than the cowboy bar, patio or bourbon bar.

A    Anywhere else?

Q    Yes.

A    Oh, yes.  We have caterings.

Q    How are tips handled at caterings?

A    Normally the caterings are small, and the director of -- a catering director is the one who actually gets the tip.

Q    And so the bartenders do not receive tips at caterings?

A    No.

Q    At caterings, all the tips go to the catering director?

A    Correct.

Q    Okay.  At private events, do the cooks ever receive tips?

A    No tips.

Q    So it's your testimony that a Smoky Rose cook has never received a tip at a private event?

A    Correct.

Q    Okay.  For private events at the Cowboy bars, does Smoky Rose use servers?

A    No.

Page 27

Q    And for private events at the bourbon bar, does Smoky Rose use servers?

A    No.

Q    At Smoky Rose, do servers ever help clean up?

A    Every day.

Q    Okay.  That's required, right?

A    That's part of the job.

Q    How much time does a server spend cleaning up on a typical day?

A    In the morning we begin two hours before the opening.  And closing time, it requires another two hours.

Q    And how long is a server's typical shift?

A    Six hours.

Q    Including the cleaning time?

A    Correct.

Q    Okay.  So servers spend most of their time cleaning, right?

        MS. CRABILL:  Objection, form.

A    No.

Q    Okay.  So they spend two hours cleaning, right?

A    The server job is cleaning all the time.  So if you're trying to say that, yes, they have to clean

Page 28

the tables.  They have to clean the floors.  They have to clean every single area.  It's part of your job -- if you're trying to say that.

Q    And that applies to all servers, right?

A    Correct.

Q    How about bartenders?  Do bartenders have to clean?

A    Yes.

Q    How much time do bartenders spend cleaning?

A    About the same.  We schedule the same.

Q    Two hours at the beginning of the shift, correct?

A    Uh-huh.

Q    Is that correct?

A    Correct.

Q    Two hours at the end of the shift, correct?

A    Correct.

Q    And how long is a typical bartender shift?

A    About the same.  Six to seven hours.

Q    And does that include the cleaning time?

A    Correct.

Q    And that applies to all the bartenders, right?

A    Correct.

Q    What do bussers do?

Page 29

A    The bussers actually pre-set the tables, help to pull out, you know, the trash and take off the cups from the tables.

Q    Okay.  Anything else?

A    Bathrooms, the floors from the parking lot, trash.  They also roll the silver.

Q    The silverware?

A    Uh-huh.

Q    "Yes"?

A    Uh-huh.

Q    "Yes"?

A    Yes.

Q    Thank you.

A    Sorry.

Q    It's okay.

A    I'm just thinking, like -- yeah, what is their job.  Okay.

Q    It's very awkward.  And you're doing a great job, and I appreciate you --

A    Yes.

Q    Thank you.  What does a runner do?

A    The runners come two hours before we open.  They pre-set the station, which is the appetizer station.  They stock all the to-go boxes, and they -- they run the food.

Page 46

Q   Okay.  Why would Mr. Ramos or Mr. Wilson attend an interview as a listener?

A   Because I always train my -- my team, especially since I see them, they have potential to move on in the company.  It's like a training process.

For example, Heston used to be a bartender.  And then -- I'm sorry -- a bar manager, and then he move on as a manager before he left.

So it's just a process that I like to do with all the people that I actually think that they have potential to move on.

Q   It's important for a bar manager to learn and be ready to potentially be promoted to an assistant manager.

A   Depending on who -- if they are capable to do that.  Not all of them.

Q   But a good Smoky Rose bar manager is training and learning to some day be an assistant manager.

A   Correct.

Q   And that's why they sit in on interviews, right?

A   Correct.

Q   And that's why they provide feedback on

Page 47

interviews, right?

A   Yeah.

Q   They don't make the final decision, right?

A   No.

Q   But they do give input, right?

A   Correct.

Q   If a candidate says something in private to a bar manager, the bar manager better tell the assistant manager about that, right?

A   Correct.

Q   And the assistant manager listens to the feedback from the bar manager, right?

A   It's a team effort.  We make all decisions with the management level.

Q   It's a decision that is made collectively between yourself, assistant managers and bar managers, right?

A   Correct.  But at the end I'm the one who decides.

Q   And so that first interview for a bartender is with the bar manager and the assistant manager, correct?

A   Correct.

Q   What is the second interview?

A   With my second AGM.  I have two AGMs.

Page 48

Q   Okay.  So the individual -- scratch that.  So the assistant manager who is not present for the first interview is present for the second one?

A   We -- we are three managers in the front of the house; two AGMs and myself.  So the first one comes with assistant and the AGM.  If they pass, they go with the second one with my right hand.  And at the end I talk to them.

Q   When you say "AGM," are you referring to somebody other than Mr. Estrada and Mr. Starr?

A   No.

Q   Okay.

A   No.

Q   So in our example the first interview is with a bar manager and Mr. Estrada, correct?

A   Let's say that, yeah.

Q   And then the second interview in that circumstance would be with Mr. Starr?

A   Correct.

Q   And then is the third interview with you?

A   Correct.

Q   Okay.  Are there standard interview questions that Smoky Rose asks bartender and server candidates?

A   No.

Page 49

Q   Did you train Mr. Estrada or Mr. Starr on which questions to ask?

A   Yes.

Q   What questions do you expect Mr. Estrada and Mr. Starr to ask?

A   Well, of course, you know, experience is the number one.  We don't like to hire, you know, like, people that they're not knowledgeable.

Especially, you know, since it's a big restaurant, we need to -- actually we need people that will be capable, you know, to actually have all these -- okay.  So, for example, sometimes, you know, on Saturdays we have over 1,500 covers.  Just imagine making 1,500 drinks.  So we have to know -- we have to you have, you know, superstars.  Otherwise we will die.

And as you know, in the restaurant business -- I don't know if you've ever been involved -- everything is about the team effort.

All -- every single one of us, you know, has their own, you know, jobs.  But if somebody fails, everybody is gonna fail.  So it's very, very important for us to hire, you know, the right people.

Q   After Mr. Estrada or Mr. Starr conducts their interview, how do they report to you the

APPENDIX_000012

OSCAR AROCHE
JANUARY 21, 2026

JOB NO. 2344002

Page 50

contents of that interview?

A   Oh, yes.  They -- I always go, and so how did it go?  Well, I see potential with this guy, but unfortunately he doesn't have the experience because of this and this and this and this.

And it's -- it's different.  You know, it's -- we have like -- I don't know -- over 150 bartenders in the past ten years.  Maybe more.  So it's -- it's different case scenarios.

But most of the standard, you know, question is like if you have knowledge, experience; of course, team work, appearance, you know, and, et cetera, et cetera.  So...

Q   Got it.  So they always communicate -- let me clear that up.  Mr. Estrada and Mr. Starr always gives you feedback about the interviews they conduct in a face-to-face meeting with you?

A   A hundred percent.

Q   Do they ever e-mail you feedback about interviews?

A   No.

Q   Do they ever give you any written notes on a piece of paper?

A   No.

Q   Okay.  And then if I've made it to the third

Page 51

interview as your next bartender candidate, what would you ask me?

A   Just common questions; where are you from?  For how long have you been in the industry?  Why do you wanna be part of the Smoky Rose?  How do you see yourself in two years?  What are your expectations?  You know, do you live close by?  Et cetera, et cetera.  Just basic ones.

Because I already have all this feedback from my AGMs.  So I'm not gonna go back on everything, you know.  So I just wanna do the basic ones.

Q   You have feedback from the AGMs and the bar managers, right?

A   AGMs, yeah.

Q   And bar managers, right?

A   Most likely AGMs.

Q   The bar managers give the feedback to the AGMs, right?

A   I -- I don't think so.  Yeah.  No.

Q   Okay.  You testified a few minutes ago that it was a team effort.

A   Right.  It is the team effort of the management.

Q   And the bar managers?

Page 52

A   The bar managers are only there -- if I see that they are capable to move on as another position, I will expose them to these interviews because I'm wanting them to start, you know, learning.  But that's it.  They don't have vote or anything.

Q   Where did Mr. Ramos work before Smoky Rose?

A   He was working for HG Sply on Greenville Avenue.  And before he was the general manager for Kung Fu Saloon, the one here in Dallas and Austin and -- I think there is another one in Nashville.  So -- so yeah.

Q   Mr. Ramos brought some bartenders over to Smoky Rose, right?

A   I don't recall that.

Q   Okay.  Did Mr. Wilson bring any bartenders over to Smoky Rose?

A   No.

Q   Okay.  When you make a decision to hire somebody, is that memorialized anywhere?

A   I'm sorry.  What was that again?

Q   When you make a decision to hire somebody, do you write that down anywhere?

A   No.

Q   Okay.  After somebody's hired, they receive a new-hire packet?

Page 53

A   Correct.

Q   What's in the new-hire packet other than the bible, which you already mentioned?

A   We use Fourth.  Fourth is actually our HR company.  So what I only ask from them is their first and last name, telephone number and e-mail address.

So Fourth directly sends them an e-mail, and they have to follow up with all the HR, you know, training, et cetera, et cetera.

So you're more than welcome to contact them.  I don't know.

Q   How long has Smoky Rose used Fourth?

A   Seven years.

Q   Okay.  Whose decision was it to start using Fourth at Smoky Rose?

A   I... I don't remember.  I don't recall that.

Q   Is it possible it was you?

A   No.

Q   Is it possible it was David Cash?

A   I don't know.

Q   Okay.  And everyone receives the same new-hire packet, right?

A   Correct.

Q   Is that why Mr. Savage received a document

Page 54

related to immigration and residency?

A   Correct.

Q   Because everyone signs that document regardless of whether they're a citizen or not, correct?

A   Like you said, this is an HR department, and they actually take care of that.  So yeah.

Q   Who has access the personnel files of Smoky Rose's bartenders and servers?

A   HR, which is Fourth.

Q   You can access that, right?

A   Of course, yeah.

Q   David Cash can access that, right?

A   I think so.  I don't know.

Q   Daniel Estrada can access that, right?

A   Correct.

Q   Mr. Starr can access that, right?

A   No.

Q   Okay.  What's the difference between Mr. Estrada and Mr. Starr in terms of accessing --

A   Estrada is my general manager.  I'm the Director of Operations.  And Heston is the AGM.  In order for you to have access to Fourth, you have to be the GM.

Q   Got it.  Why don't we take a short break.

Page 55

(Off the record at 11:05 a.m.)

(Short recess.)

(Back on the record 11:15 a.m.)

Q   (BY MR. FITZ)  When we were off the record, we discussed correcting the name of an assistant manager, correct?

A   Yes.

Q   What is the correction?

A   It's Devon.  His last name is D-o-w-n.

Q   D-o-w-n?

A   Yes.

        THE REPORTER:  Oh.  I thought it was D-o-w-d.

A   Let me just double check, please.  Sorry.

Q   Take your time.

A   Yes.

        THE WITNESS:  You're right.

A   D-o-w-d.

Q   Is there another manager named Mr. Starr that you were thinking of?

A   Yeah.  But it was a long time ago in another restaurant.

Q   Got it.  So all of the testimony that you had before our break about Devon Starr or Mr. Starr was about Devon Dowd?

Page 56

A   Correct.

Q   Thank you.  Is there anything else about your testimony so far this morning that you would like to clarify or correct?

A   No.

Q   Okay.  Before the break we were talking about Fourth.  Does Fourth provide legal advice to Smoky Rose?

A   No.

Q   Fourth just provides human resources services, right?

A   Correct.

Q   They're a service for restaurants and service industry employers to use for human resources, right?

A   Correct.

Q   And you testified that Smoky Rose's personnel files are stored at Fourth, correct?

A   Correct.

Q   Is there anything else that Fourth stores for Smoky Rose?

A   Payroll.

Q   Payroll?  Anything else?

A   I think that's it.  It's HR and payroll.

Q   And the Social Security numbers of Smoky

Page 57

Rose employees are stored at Fourth, right?

A   Correct.

Q   Smoky Rose doesn't employ any workers under multiple Social Security numbers, right?

A   Correct.

Q   Okay.  Did you talk to anyone from Fourth about this lawsuit?

A   No.

Q   Do you have a point of contact with Fourth?

A   Yes.

Q   Who is that?

A   I have the HR department, which is Fourth HR and that's it.

Q   Do you e-mail them?

A   Yes.

Q   Do you remember the e-mail address that you e-mail from Fourth?

A   No.

Q   Is there anyone else at Fourth that you speak with?

A   My payroll representative.

Q   Do you remember their name?

A   We just changed, like, probably, like, three times.  I think her name is -- I can see on my phone.

Q   That's okay.  But you've had multiple

APPENDIX_000014

OSCAR AROCHE
JANUARY 21, 2026
JOB NO. 2344002



Page 58

payroll representatives with Fourth?

A   No.  It's only one.  But from the lack of the service that they were providing us, like, we have to change, like, probably three times in the past four months.

Q   Have you had issues with Fourth?

A   No.

Q   Did you tell anybody when this lawsuit was filed that you want Fourth to indemnify Smoky Rose?

A   No.

Q   Do you feel that Fourth has some responsibility for this lawsuit?

MS. CRABILL:  Objection, form.

A   I don't think so.

Q   What's your e-mail address at Smoky Rose?

A   Oaroche@smokyrose.com.

Q   Under what circumstances do you use your Smoky Rose e-mail address?

A   Only for the restaurant, you know, business. That's all.

Q   Do you ever e-mail David Cash?

A   I do.

Q   What do you e-mail him about?

A   Many things.

MS. CRABILL:  Can we go off the record

Page 59

real quick?

(Off the record at 11:20 a.m.)

(Off-the-record discussion was held.)

(Back on the record at 11:21 a.m.)

Q   (BY MR. FITZ)  Do you understand you're still under oath?

A   Yes.

Q   What are some examples of things you e-mail David Cash about?

A   Just restaurant business.

Q   Employee-related issues?

A   No.

Q   Sales?

A   Yes.

Q   Policies?

A   No.

Q   What else other than sales?

A   Labor, food cost.  If I need -- you know -- I don't know -- to spend $30,000 in plumbing. Expenses.

Q   Major expenses?

A   Uh-huh.

Q   If you had to hire a dozen additional bartenders because it's a busy time, would you e-mail David Cash about that?

Page 60

A   No.

Q   What about private events?

A   No.

Q   Okay.  Who else do you e-mail at Smoky Rose other than David Cash?

A   I e-mail my AGMs, my catering director and my customers for feedback.

Q   How often do you e-mail your AGMs?

A   Often.

Q   Every day?

A   I would say so.

Q   And are the e-mails to your AGMs about personnel issues sometimes?

A   No.

Q   What do you e-mail your AGMs about?

A   Food cost, sales, expenses, labor, liquor cost.

Q   Okay.  Have you ever had any e-mails about the tip pool?

A   Yes.

Q   Okay.  And I understand you sent a lot of e-mails.  So you may not remember specifics.  But do you remember any specific e-mails about the tip pool?

A   Yes.

Q   And what do you remember?

Page 61

A   It was from Charlie Cash.  He was complaining about Russell --

THE REPORTER:  He was complaining...

THE WITNESS:  About Russell.

Q   Okay.

A   -- for stealing -- for alcohol abuse and something else.  I don't really recall it.  But it was especially from Charlie Cash.

Q   And you provided that e-mail in this case, right?

A   I did.

Q   How did you find that e-mail?

A   I always save my e-mails.

Q   Okay.  So all the e-mails that you've had in your e-mail account are saved?

A   Uh-huh.

Q   "Yes"?

A   Correct.

Q   Did you search for any other e-mails about the tip pool?

A   No.

Q   Did you search for any e-mails about the job duties of Smoky Rose's bartenders?

A   No.

Q   Did you search for e-mails about the job