**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| RUSSELL SAVAGE, Individually and For Others Similarly Situated, | Case No.: 3:25-cv-914 |
| v. | JURY TRIAL DEMANDED |
| | COLLECTIVE ACTION PURSUANT |
| SMOKY ROSE, LLC. | TO 29 U.S.C. § 216(b) |

**NOTICE OF FILING NOTICE OF CONSENT**

Plaintiff hereby submits the attached notice of consent:

1. Delgado, Luis

Dated:  April 15, 2026.                    Respectfully Submitted,

                                           By:   /s/ *Carl A. Fitz*
                                                 **Carl A. Fitz**
                                                 Tex. State Bar No. 24105863
                                           **FITZ LAW PLLC**
                                           3730 Kirby Drive, Ste. 1200
                                           Houston, Texas 77098
                                           Tel.: (713) 766-4000
                                           carl@fitz.legal

                                           AND

                                           Travis Gasper
                                           Texas Bar No. 24096881
                                           GASPER LAW PLLC
                                           633 West David Street
                                           Dallas, Texas 75208
                                           Phone: (469) 663-7336
                                           Fax: (833) 957-2957
                                           Email: travis@travisgasper.com

                                        **Attorney for Plaintiffs**


                            **CERTIFICATE OF SERVICE**

        I hereby certify that the foregoing document was served by ECF electronic filing on all known parties on April 15, 2026.


                                           /s/ *Carl A. Fitz*
                                           **Carl A. Fitz**

2