# Exhibit 1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **RUSS SAVAGE, Individually and for Others Similarly Situated,** | § § § § § | |
| *Plaintiff,* | § § | |
| **v.** | § § | **CASE NO. 3:25-cv-914** |
| **SMOKY ROSE, LLC,** | § § § | |
| *Defendant.* | § | |

**DEFENDANT SMOKY ROSE, LLC'S OBJECTIONS AND RESPONSES**
**TO PLAINTIFF RUSS SAVAGE'S FIRST SET OF DISCOVERY**

**TO:**   Plaintiff, Russ Savage, by and through his counsel, Carl A. Fitz, Fitz Law, PLLC, 3730 Kirby Drive, Ste. 1200, Houston, Texas 77098, and Travis Gasper, Gasper Law PLLC, 633 West David Street, Dallas, Texas 75208.

Pursuant to FEDERAL RULES OF CIVIL PROCEDURE 33, 34, and 36, Defendant Smoky Rose, LLC ("**Smoky Rose**"), serves its objections, responses, and answers to Plaintiff Russ Savage's ("**Savage**") First Set of Discovery. Smoky Rose stands ready and willing to confer with Savage's counsel on any and all of its asserted objections. Additionally, as discovery is in its early stages, Smoky Rose reserves the right to supplement its answers and responses as information becomes known and available.

[SIGNATURES ON FOLLOWING PAGE]

---

Dated: August 22, 2025

Respectfully submitted,

**PLATT RICHMOND PLLC**

*/s/ Kinsey D. Lakey*
**KINSEY D. LAKEY**
Texas Bar No. 24122134
klakey@plattrichmond.com
**WILLIAM S. RICHMOND**
Texas Bar No. 24006680040
brichmond@plattrichmond.com
**HEATHER M. CRABILL**
Texas Bar No. 24131151
hcrabill@plattrichmond.com

1201 N. Riverfront Blvd., Suite 100
Dallas, Texas 75207
214.559.2700 Main
214.559.4390 Fax

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned counsel for Defendant hereby certifies that a copy of the foregoing document was served on all counsel of record on August 22, 2025, via electronic filing through the Court's ECF filing system.

*/s/ Kinsey D. Lakey*
**KINSEY D. LAKEY**

## ANSWERS AND OBJECTIONS TO INTERROGATORIES

**INTERROGATORY NO. 1:**  IDENTIFY each PLAINTIFF and PUTATIVE CLASS MEMBER by:

      a.      Name;
      b.      Last known address;
      c.      Phone number;
      d.      Email address;
      e.      Supervisor(s);
      f.      Position(s) held with YOU;
      g.      Name and address of every site or facility worked;
      h.      State(s) in which the PUTATIVE CLASS MEMBER works or worked; and
      i.      Start and end dates of employment with YOU.

**OBJECTIONS:**  Smoky Rose objects to this interrogatory as overbroad, unduly burdensome, and irrelevant because it exceeds the scope of FEDERAL RULE OF CIVIL PROCEDURE 26. Smoky Rose further objects to this request as overbroad and unduly burdensome because it seeks information that is not within the possession, custody, or control of Smoky Rose specifically as it relates to (g) and (h). Smoky Rose further objects to this request as vague and ambiguous because the phrase "every site or facility worked" is undefined and subject to multiple meanings. Smoky Rose further objects to this interrogatory as overbroad because it is unbounded in time.

**ANSWER:**

| Name | Position |
|------|----------|
| Alfonso Ramos | Hourly Bar Manager |
| Alejandro Jurado | Server |
| Cameron Solano | Bartender |
| Camila Moreira | Server |
| Carlos Coba | Food Runner |
| Carmeline Pascual | Busser |
| Carmon Ziniga | Server |
| Christina Turner | |
| Daniela Moreira | Server |
| Devon Lopez | Bartender |
| Elissa Peterson | Server |
| Esmeralda Flores | Server |
| Heston Wilson | Bartender |
| Ian Douglas | Bartender |
| Jade Saager | Bartender |
| Jesus Cabral | Busser |
| Jesus Lopez | Busser |
| Lakariss Gillespie | Bartender |
| Lisa Getto | Server |
| Luis Delgado | Barback |
| Nordandino Lopez | Busser |

| Osbaldo Trejo | Bartender |
|---|---|
| Patrick Lynch | Server |
| Preston Hammos | Server |
| Ricardo Ordaz | Food Runner |
| Rosa Rivas | Server |
| Russel Savage | Bartender |
| Ulises Lazcano | Barback |
| Yakon Slepov | Server |

Oscar Aroche, the director of operations for Smoky Rose, supervised each of the above-identified individuals at all relevant times.

All individuals may be contacted as follows:

c/o Platt Richmond PLLC
Kinsey D. Lakey
klakey@plattrichmond.com
William S. Richmond
brichmond@plattrichmond.com
Heather M. Crabill
hcrabill@plattrichmond.com
1201 N. Riverfront Blvd., Suite 100
Dallas, Texas 75207
214.559.2700 Main
214.559.4390 Fax

**INTERROGATORY NO. 2:** IDENTIFY all PERSONS employed with YOU who participated in time keeping, tip pool sharing, and/or pay policy development during the RELEVANT TIME PERIOD, including but not limited to, PERSONS who proposed changes, made updates, approved alterations, communicated revisions to PUTATIVE CLASS MEMBERS, and enforced compliance with those policies. For each PERSON listed in response to the Interrogatory above, identify the nature and extent of their involvement in those policies.

**OBJECTIONS:** Smoky Rose objects to Plaintiff's definition of Relevant Time Period as overbroad, unduly burdensome, and irrelevant because it seeks nearly 10 years of information. Thus, this interrogatory is not reasonably calculated to lead to the discovery of admissible evidence. This interrogatory is nothing more than a fishing expedition meant to harass Smoky Rose. Smoky Rose's Answer will provide information responsive to this interrogatory within the FLSA Limitations Period as defined in Plaintiff's First Set of Discovery to Smoky Rose. Smoky Rose further objects to this interrogatory as vague and ambiguous because the term "pay policy development" is undefined and subject to multiple meanings.

**ANSWER:**
The following individuals participated in the time keeping and tip pool sharing at Smoky Rose during the FLSA Limitations Period:

| |
|---|
| Alfonso Ramos |
| Alejandro Jurado |
| Cameron Solano |
| Camila Moreira |
| Carlos Coba |
| Carmeline Pascual |
| Carmon Ziniga |
| Christina Turner |
| Daniela Moreira |
| Devon Lopez |
| Elissa Peterson |
| Esmeralda Flores |
| Heston Wilson |
| Ian Douglas |
| Jade Saager |
| Jesus Cabral |
| Jesus Lopez |
| Lakariss Gillespie |
| Lisa Getto |
| Luis Delgado |
| Nordandino Lopez |
| Osbaldo Trejo |
| Patrick Lynch |
| Preston Hammos |
| Ricardo Ordaz |
| Rosa Rivas |
| Russel Savage |
| Ulises Lazcano |
| Yakon Slepov |

**INTERROGATORY NO. 3:** IDENTIFY and describe all job positions held by PLAINTIFF, including the time period each PLAINTIFF held the job position, the amount and rate they were paid (including hourly rate, tip share rate, salary, or other rate of pay) during the time period they held each job position.

**ANSWER:** Russel Savage worked as a Bartender from November 11, 2018 through July 6, 2024. He was compensated at $8.00 an hour and received 4% of the daily tip out. Pursuant to Federal Rule of Civil Procedure, Smoky Rose incorporates SR 000048-000063, SR 000089-000182, and SR 000185-000236 as responsive to this interrogatory.

**INTERROGATORY NO. 4** IDENTIFY and describe all job positions held by each PERSON who received tips from the tip pool, the time period they held each job position, and the amount and rate they were paid (including hourly rate, tip share rate, salary, or other rate of pay) for each job position they held.

**OBJECTIONS:** Smoky Rose objects to this interrogatory as overbroad, unduly burdensome, and irrelevant because it is unbounded in time. Smoky Rose's Answer will provide responsive information within in the FLSA Limitations Period as defined in Plaintiff's First Set of Discovery to Smoky Rose.

**ANSWER:**

| Name | Position | Hourly Rate | Daily Tip-Out Percentage |
|---|---|---|---|
| Alfonso Ramos | Hourly Bar Manager | $30/hour | Barback 1.5%, Runner 2.5%= 4% |
| Alejandro Jurado | Server | $2.13/hour | Bar 3.5%, Busser 2%, Runner 2.5%=8% |
| Cameron Solano | Bartender | $10/hour | Barback 1.5%, Runner 2.5%= 4% |
| Camila Moreira | Server | $2.13/hour | Bar 3.5%, Busser 2%, Runner 2.5%=8% |
| Carlos Coba | Food Runner | $18/hour | |
| Carmeline Pascual | Busser | $12/hour | |
| Carmon Ziniga | Server | $2.13/hour | Bar 3.5%, Busser 2%, Runner 2.5%=8% |
| Christina Turner | | $2.13/hour | Bar 3.5%, Busser 2%, Runner 2.5%=8% |
| Daniela Moreira | Server | $2.13/hour | Bar 3.5%, Busser 2%, Runner 2.5%=8% |
| Devon Lopez | Bartender | $2.13/hour | Bar 3.5%, Busser 2%, Runner 2.5%=8% |
| Elissa Peterson | Server | $2.13/hour | Bar 3.5%, Busser 2%, Runner 2.5%=8% |
| Esmeralda Flores | Server | $2.13/hour | Bar 3.5%, Busser 2%, Runner 2.5%=8% |
| Heston Wilson | Bartender | $10/hour | Barback 1.5%, Runner 2.5%= 4% |
| Ian Douglas | Bartender | $10/hour | Barback 1.5%, Runner 2.5%= 4% |
| Jade Saager | Bartender | $10/hour | Barback 1.5%, Runner 2.5%= 4% |
| Jesus Cabral | Busser | $10/hour | |
| Jesus Lopez | Busser | $10/hour | |
| Lakariss Gillespie | Bartender | $10/hour | Barback 1.5%, Runner 2.5%= 4% |

| Lisa Getto | Server | $2.13/hour | Bar 3.5%, Busser 2%, Runner 2.5%=8% |
| Luis Delgado | Barback | $12.50/hour | |
| Nordandino Lopez | Busser | $12.00/hour | |
| Osbaldo Trejo | Bartender | $10.00/hour | Barback 1.5%, Runner 2.5%= 4% |
| Patrick Lynch | Server | $2.13 | Bar 3.5%, Busser 2%, Runner 2.5%=8% |
| Preston Hammos | Server | $2.13 | Bar 3.5%, Busser 2%, Runner 2.5%=8 |
| Ricardo Ordaz | Food Runner | $16.00/hour | |
| Rosa Rivas | Server | $2.13/hour | Bar 3.5%, Busser 2%, Runner 2.5%=8% |
| Russel Savage | Bartender | $10.00/hour | Barback 1.5%, Runner 2.5%= 4% |
| Ulises Lazcano | Barback | $12.00/hour | |
| Yakon Slepov | Server | $2.13/hour | Bar 3.5%, Busser 2%, Runner 2.5%=8% |

**INTERROGATORY NO. 5:**  IDENTIFY all job duties, including side work duties, closing duties, opening duties, running side work duties, and checklists performed by each PERSON who received tips from the tip pool.

**OBJECTIONS:**  Smoky Rose objects to this interrogatory as vague and ambiguous because the terms "side work duties" and "running side work duties" are undefined and subject to multiple meanings..

**ANSWER:**

The following duties apply to the bar managers, bartenders, and/or barbacks:

- Everyday Bar Opening Duties:
    - Fill up and turn on your frozen machines first so that they will be frozen by the time you open & clean up any spillage
    - Ensure the dishwasher has soap
    - Lay out bar mats
    - Set up your well(s) (batches, fruit trays, salt rimmer, bar tools)
    - Ensure that all fruit in the garnish trays are fresh
    - If you would not eat it – do not serve it!
    - Remove all pour spout covers and draft plugs
    - Ensure that your fridge has adequate batches for the day
    - Ensure that you have enough fruit cut for the day
    - Give your bar a final readiness check and wipe down everything to make sure it is ready for guests to arrive

**INTERROGATORY NO. 6:** For each WORKWEEK, IDENTIFY the name, job position(s), and Job Code(s)) of each PERSON who contributed tips to any tip pool and the amount of tips each PERSON contributed to any tip pool during the RELEVANT TIME PERIOD.

**OBJECTIONS:** Smoky Rose objects to this interrogatory as vague and ambiguous because the term "WORKWEEK" is capitalized but undefined and subject to multiple meanings. Smoky Rose objects to Plaintiff's definition of Relevant Time Period as overbroad, unduly burdensome, and irrelevant because it seeks nearly 10 years of information. Thus, this interrogatory is not reasonably calculated to lead to the discovery of admissible evidence and is nothing more than a fishing expedition meant to harass Smoky Rose. Smoky Rose's Answer will provide information responsive to this interrogatory within the FLSA Limitations Period as defined in Plaintiff's First Set of Discovery to Smoky Rose.

**ANSWER:**

To calculate the tip distribution for all bartenders, Smoky Rose divides the total amount of tips by the number of hours worked by all bartenders and hourly bar managers. Thus, the bartenders received tips as detailed below:

- **Afonso Ramos (Hourly Bar manager):**
  - Earned tips from 12/14/2023 to 07/19/2024: **$10,031.35**
  - Tip out for Barback & Busser from 12/14/2023 to 07/19/2024**: $401.25**
- **Cameron Solano (Bartender):**
  - Earned tips from 12/14/2023 to 07/19/2024: **$4,784.72**
  - Tip out for Barback & Busser from 12/14/2023 to 07/19/2024: **$191.38**
- **Devon Lopez (Bartender):**
  - Earned tips from 12/14/2023 to 07/19/2024: **$13,684.37**
  - Tip out for Barback & Busser from 12/14/2023 to 07/19/2024: **$538.44**
- **Heston Wilson (Bartender):**
  - Earned tips from 12/14/2023 to 07/19/2024: **$20,837.98**
  - Tip out for Barback & Busser from 12/14/2023 to 07/19/2024: **$833.51**
- **Luis Delgado (Barback/Bartender):**
  - Earned tips from 12/14/2023 to 07/19/2024: **$14,977.90**
  - Tip out for Barback & Busser from 12/14/2023 to 07/19/2024**: $299.95**
- **Alfredo Pico (Barback):**
  - Earned tips from 12/14/2023 to 07/19/2024: **$13,684.37**
  - Tip out for Barback & Busser from 12/14/2023 to 07/19/2024: **NONE**
- **Osbaldo Trejo (Bartender):**
  - Earned tips from 12/14/2023 to 07/19/2024: **$19,060.85**
  - Tip out for Barback & Busser from 12/14/2023 to 07/19/2024: **$762.43**
- **Russel Savage (Bartender):**
  - Earned tips from 12/14/2023 to 07/19/2024: **$20,181.92**
  - Tip out for Barback & Busser from 12/14/2023 to 07/19/2024**: $807.27**
- **Jessica Hartley (Bartender):**
  - Earned tips from 12/14/2023 to 07/19/2024: **$2,678.64**
  - Tip out for Barback & Busser from 12/14/2023 to 07/19/2024**: $107.14**