# Exhibit 2

| **From:** | Steno |
| **To:** | carl@fitz.legal; paralegal@fitz.legal; Heather Crabill; charbin@plattrichmond.comm |
| **Subject:** | OSCAR AROCHE - R&S Letter: deposition taken on 01-21-2026 in the matter of RUSS SAVAGE, et al. v SMOKY ROSE, LLC (Job 2344002) |
| **Date:** | Thursday, February 5, 2026 3:01:54 PM |

CAUTION: External Sender.

Dear Counsel,

The transcript from the deposition of OSCAR AROCHE is ready for reviewing and signing and will be available until 03-09-2026.

If the witness wishes to read the transcript, please either share the PDF copy that you purchased or provide the witness's email address to electronically review a read-only transcript. If the witness prefers to review the transcript in person, please call our office at (888) 707-8366 between the hours of 9:00 a.m. PT and 5:00 p.m. PT to schedule an appointment.

This email is being sent to all parties who attended the deposition. **Note: If you represent the witness, please let them know the transcript is ready to read and sign.

If you have any questions, you may contact our office at (888) 707-8366 or email us at concierge@steno.com.

Thank you,

Julia

——

STENO
Scheduling and Production
888.707.8366
concierge@steno.com
NV: Firm #108F