# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

RUSS SAVAGE, Individually   )
and for Others Similarly    )
Situated,                   ) Case No.: 3:25-cv-914
                            )
          Plaintiff,        )
                            )
VS                          )
                            )
SMOKY ROSE, LLC,            )
                            )
          Defendant.        )

_____

ORAL DEPOSITION OF

OSCAR AROCHE

JANUARY 21, 2026

_____


     ORAL DEPOSITION OF OSCAR AROCHE, produced as a witness duly sworn by me at the instance of the Plaintiff, was taken in the above-styled and numbered cause on the 21st day of January, A.D., 2026 from 9:58 a.m. to 12:00 p.m., before Kellie L. Rowbotham, CSR in and for the State of Texas, reported by stenographic means, at the offices of Platt Richmond, PLLC, located at 1201 N. Riverfront Blvd., Suite 100, Dallas, Texas  75207 pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.

OSCAR AROCHE                                                        JOB NO. 2344002
JANUARY 21, 2026

                              A P P E A R A N C E S


        FOR  THE  PLAINTIFF:

                Mr.  Carl A.  Fitz
                FITZ LAW PLLC
                3730 Kirby Drive
                Suite 1200
                Houston,  Texas   77098
                    (713)  766-4000
                    carl@fitz.legal


        FOR  THE  DEFENDANT:

                Ms.  Heather M.  Crabill
                Mr.  Christopher Harbin
                PLATT RICHMOND,  PLLC
                1201 N.  Riverfront Blvd.
                Suite 100
                Dallas,  Texas   75207
                    (469)  707-2046
                    hcrabill@plattrichmond.com
                    charbin@plattrichmond.comm

Q   Okay.  So they're tipped on a percentage.

A   Uh-huh.

Q   But they're not tipped when they're not working, correct?

A   Correct.

Q   So they're only getting tipped for the hours that they work.

A   Exactly.  It's hourly.

Q   And the tips that are brought in during their shift; is that right?

A   Uh-huh.

Q   Okay.  And going to bar managers, Alfonso was a bar manager, correct?

A   Correct.

Q   And you said on a Monday he -- that was when he was doing scheduling and inventory, correct?

A   Correct.

Q   What types of bartending duties would he be performing on days other than Monday?

A   Cleaning, mixing, taking care of the guests, closing or opening, depending, you know, on the days. He's just like another bartender, but he will be the leader of the bartenders.

Q   Okay.  And he only receives tips for the bartending duties, correct?

A    Correct.    Only whenever he was bartending.

Q    And that's when he's actually, as you said, pouring drinks, cleaning and all of the things you just described.

A    Yes.

        MR. FITZ:    Form.

Q    Earlier we were talking about how the shift is broken down, and there was cleaning time on shift and then other, like, work time.  Do you remember that?

A    Yes, I do.

Q    Okay.  So you testified earlier that for servers, for example, they would work a six-hour shift, correct?

A    Correct.

Q    And you said they would spend two hours at the beginning of their shift cleaning, correct?

A    Correct.

Q    And then two hours at the end of the shift cleaning, correct?

A    Correct.

Q    So is it your testimony that only two hours of a six-hour shift is spent, like, serving customers, waiting tables and things like that?

        MR. FITZ:    Form.