UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RUSS SAVAGE, Individually and for Others Similarly Situated, | § § § § | |
| *Plaintiff,* | § § § | CASE NO. 3:25-cv-914 |
| v. | § § | |
| SMOKY ROSE, LLC, | § § § | |
| *Defendant.* | § § | |

## ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT MOTION FOR COURT-AUTHORIZED NOTICE

Before the Court is Plaintiff Russ Savage's ("**Plaintiff**") Motion for Leave to Supplement Motion for Court-Authorized Notice ("**Motion**"). After reviewing the Motion, the response, the pleadings on file, the evidence presented, and the arguments of counsel, if any, the Court is of the opinion that the Motion should be, and hereby is, in all things **DENIED**.

**IT IS THEREFORE ORDERED** that the Motion is **DENIED** in its entirety.

**IT IS THEREFORE ORDERED** that Plaintiff's supplemental evidence filed as Docket No. 38 is hereby stricken from the record.

SIGNED on this _____ day of _____, 2026.


                                                               _____

HON. ADA BROWN
UNITED STATES DISTRICT
JUDGE