# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **RUSS SAVAGE, Individually and for Others Similarly Situated,** | § § § § | |
| *Plaintiff,* | § § | **CASE NO. 3:25-cv-914** |
| **v.** | § § | |
| **SMOKY ROSE, LLC,** | § § § | |
| *Defendant.* | § § | |

## STIPULATION OF COURT-AUTHORIZED NOTICE

Plaintiff Russ Savage ("**Plaintiff**") and Defendant Smoky Rose, LLC ("**Smoky Rose**" or "**Defendant**") (collectively, the "**Parties**") file this Stipulation of Court-Authorized Notice (the "**Stipulation**") and would state as follows:

Plaintiff filed his Motion for Court-Authorized Notice on December 15, 2025 requesting that the Court send notice of this collective action to "all bartenders, barbacks, and runners of Smoky Rose who participated in Smoky Rose's tip pool in the past three (3) years (the "Tipped Workers")." Dkt. No. 25 at p. 1.

The Parties stipulate that putative collective members in this case are limited to Smoky Rose barbacks, bar runners, and bartenders from February 27, 2023 through August 18, 2024. This Stipulation is made without admission to any claim

or defense, or as to any liability, and without waiver of any rights or remedies to which either Party may be entitled.

Furthermore, Plaintiff withdraws its Motion for Court-Authorized Notice [Dkt. No. 25] and Motion for Leave to Supplement Motion for Court-Authorized Notice [Dkt. No. 37] without prejudice to refiling the same.

Dated: May 8, 2026

By:    */s/ Carl A. Fitz*
       **Carl A. Fitz**
       Tex. Bar. No. 24105863
**FITZ LAW PLLC**
3730 Kirby Drive, Ste. 1200
Houston, Texas 77098
Tel.: (713) 766-4000
Email: carl@fitz.legal

AND

Travis Gasper
Texas Bar No. 24096881
**GASPER LAW PLLC**
633 West David Street
Dallas, Texas 75208
Phone (469-663-7336
Fax: (833) 957-2957
Email: travis@travisgasper.com

**ATTORNEYS FOR SAVAGE**

Respectfully submitted,

**PLATT RICHMOND PLLC**
*/s/ Kinsey D. Lakey*
KINSEY D. LAKEY
Texas Bar No. 24122134
klakey@plattrichmond.com
WILLIAM S. RICHMOND
Texas Bar No. 24006680040
brichmond@plattrichmond.com
CHRISTOPHER L. HARBIN
Texas Bar No. 24083134
charbin@plattrichmond.com
HEATHER M. CRABILL
Texas Bar No. 24131151
hcrabill@plattrichmond.com

1201 N. Riverfront Blvd., Suite 100
Dallas, Texas 75207
214.559.2700 Main
214.559.4390 Fax

**COUNSEL FOR DEFENDANT**

## I.    <u>CERTIFICATE OF WORD COUNT</u>

Pursuant to Judge Brown's Rule II(A), the undersigned hereby certifies the word count of the stipulation as follows: 170 words.

*/s/ Carl A. Fitz*
**Carl A. Fitz**

## II.    <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel does hereby certify that the foregoing document was served on all counsel of record on May 8, 2026, by this Court's electronic filing notification system.

*/s/ Carl A. Fitz*
**Carl A. Fitz**

***TIME-SENSITIVE, COURT AUTHORIZED NOTICE***

***THIS IS NOT AN ADVERTISEMENT FROM A LAWYER***

### NOTICE OF TIP THEFT AND OVERTIME LAWSUIT

TO:     **All Smoky Rose barbacks, bar runners, and bartenders employed between February 27, 2023 through August 18, 2024.**

RE:     Collective action lawsuit seeking unpaid overtime and back wages.

**DEADLINE TO RETURN CONSENT FORM: _____[1], 2026**

| 1.     Why Are You Getting This Notice? |
| --- |

You received this notice because the Court in charge of this lawsuit ordered this Notice to be sent to all bartenders, barbacks, and runners employed by Smoky Rose any time from February 27, 2023 through August 18, 2024.

By stipulation of the parties, The Court has allowed or "certified" a collective action lawsuit that may affect your legal rights. This notice is intended to advise you of how your rights under the Fair Labor Standards Act (FLSA) may be affected by this lawsuit and describe how you can participate in this collective action. The Court has taken no position regarding the merits of the claims or defenses at issue.

| 2.     What Is This Lawsuit About? |
| --- |

Russ Savage, a former Smoky Rose Bartender, filed this collective action lawsuit on behalf of himself and all other current and former bartenders, barbacks, and runners who participated in Smoky Rose's tip pool from February 27, 2023 through August 18, 2024. Mr. Savage alleges that Smoky Rose violated a federal law known as the FLSA, which prohibits employers from permitting management to participate in its tip pool. The FLSA also requires employers to pay overtime compensation to employees who work more than 40 hours in a week at a rate of one-and-one-half times their regular rate, unless the employees are "exempt." Mr. Savage seeks back wages in the form of unpaid overtime, double damages (liquidated damages), plus attorneys' fees and costs for himself and all other similarly situated workers.

Smoky Rose denies the allegations in this lawsuit. Smoky Rose contends it properly paid workers in the proposed class pursuant to the FLSA.

The Court has not ruled which party will prevail in this lawsuit but has ordered that this notice be sent to you to inform you of your legal rights and ability to make a claim for unpaid overtime wages.

---

[1] This date will be 60 days after the day the notice is mailed/emailed.

Should Mr. Savage and the individuals who are covered in this collective action win, you may recover damages for unpaid overtime worked during the period _____,[2] 2023 to the present. The relevant time period for your claim will be calculated based on the date you return a completed Consent to Join Wage Claim Form, which is attached to this Notice.

| 3. | Are You Eligible to Join This Lawsuit? |
|---|---|

You are eligible to join this lawsuit if you worked for Smoky Rose as a bartender, barback, or runner between February 27, 2023 through August 18, 2024.

| 4. | What Are Your Options? |
|---|---|

If you want to join this lawsuit and make a claim for unpaid overtime wages, you must read, sign, and return the attached Consent to Join Wage Claim Form by _____, **2026**. You may return your Consent to Join Wage Claim Form by filling out the attached form and returning it by mail, email, or fax to:

**Tip Theft and Overtime Lawsuit Against Smoky Rose**
**FITZ LAW PLLC**
**3730 Kirby Drive, Ste. 1200**
**Houston, Texas 77098**
**Tel.: (713) 766-4000**
**carl@fitz.legal**

You may also contact an attorney of your choice. If you do not wish to be a part of the collective action lawsuit, you do not need to do anything. This decision to join is entirely yours

| 5. | Effect Of Making A Claim For Unpaid Overtime Wages. |
|---|---|

If you return a Consent to Join Wage Claim form, you will join other employees who worked for Smoky Rose and have already made a claim for unpaid overtime wages. If this case is not successful, you will receive nothing and you will not be responsible for any of case costs, expenses, or attorneys' fees. If you do not wish to be a part of the collective action lawsuit, you do not need to do anything. The decision to join is entirely yours.

**Under the Fair Labor Standards Act, employees generally may recover unpaid wages for work performed within two years before their Consent to Join Wage Claim Form is filed, or up to three years for alleged willful violations. Accordingly, eligible workers who do not timely return a Consent to Join Wage Claim Form may lose the ability to recover for some or all allegedly unpaid wages for work previously performed for Smoky Rose.**

| 6. | Retaliation And Blackballing Is Prohibited |
|---|---|

This Court and Federal law prohibit anyone from firing or in any other way discriminating against you because you join this case. Smoky Rose has agreed to not retaliate for participating in this lawsuit.

---

[2] Three years prior to an Order granting conditional certification in this case.

If you suspect any retaliation for participating in this suit, please immediately call the attorneys listed below.

| 7.    Your Legal Representation If You Join. |
| --- |

If you choose to join this collective action lawsuit, your attorney will be Carl A. Fitz of the law firm, FITZ LAW PLLC.

| 8.    How Can You Receive More Information? |
| --- |

If you have any questions about the collective action or your legal rights, you should contact counsel for the class of Smoky Rose employees directly at:

**<u>Tip Theft and Overtime Lawsuit Against Smoky Rose</u>**
**FITZ LAW PLLC**
**3730 Kirby Drive, Ste. 1200**
**Houston, Texas 77098**
**Tel.: (713) 766-4000**
**carl@fitz.legal**

**You should not contact the Court, Smoky Rose, or Smoky Rose's attorneys about this lawsuit or seek advice from them on whether you should participate.**

| 9.    You Have Sixty (60) Days to Join this Lawsuit. |
| --- |

Your determination of whether or not to take action should be made promptly. Under the Fair Labor Standards Act, the statute of limitations on certain claims continues to run until a Consent to Join Wage Claim Form is filed. The FLSA generally provides a two-year limitations period, which may be extended to three years for willful violations. Therefore, time is of the essence in submitting this form if you wish to have the opportunity to make a full recovery. All consent forms must be received no later than _____, **2026,** which is sixty (60) days after this Notice was mailed to you. A Consent to Join Wage Claim Form is enclosed with a self-addressed stamped envelope.

**CONSENT TO JOIN WAGE CLAIM LAWSUIT AGAINST SMOKY ROSE**

Printed Name: _____

1. I hereby consent join the collective action lawsuit filed against Smoky Rose to pursue my claims of unpaid tips and/or overtime during the time that I worked with the company.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.

3. I designate the law firms and attorney at FITZ LAW PLLC as my attorneys to prosecute my wage claims.

4. I consent to having Plaintiff and Plaintiff's Counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial, the terms of settlement and release of claims, and agreements regarding attorney fees and costs.

5. If needed, I authorize the Plaintiff's lawyers to use this consent to re-file my claim in a separate lawsuit or arbitration against the Defendant.

Signature: _____     Date Signed: _____

**Please print or type the following information, which will be kept confidential:**

_____          _____

Address                                                          City/State/Zip

_____          _____

Home Telephone Number                            Cell Phone Number

_____          _____

E-mail Address                                              Estimated Dates of Employment

_____          _____

Positions Held with Smoky Rose                Locations Worked

**RETURN THIS FORM BY MAIL, EMAIL, OR FAX TO:**

**Tip Theft and Overtime Lawsuit Against Smoky Rose**
**FITZ LAW PLLC**
**3730 Kirby Drive, Ste. 1200**
**Houston, Texas 77098**
**Tel.: (713) 766-4000**
**carl@fitz.legal**

### E-MAIL MESSAGE TO POTENTIAL CLASS MEMBERS

**Subject:**        **Notice of tip theft and overtime lawsuit against Smoky Rose**

Dear Smoky Rose Bartender, Barback, or Runner:

Attached is the Court-authorized Notice regarding a collective action lawsuit against Smoky Rose alleging you were not paid tips and/or overtime compensation as required by a federal law known as the Fair Labor Standards Act (FLSA). You are receiving this message because Smoky Rose's records indicate you are eligible to participate in this collective action lawsuit seeking to recover unpaid tips and overtime wages and your rights may be affected by its outcome. The attached Notice explains the steps you need to take if you want to join. You can review and sign the forms to join the case here «hyperlink».

If you have any questions, please feel free to contact me at «phone» or by e-mail at «email».

«Signature Block»

## <u>PROPOSED TEXT MESSAGE</u>

If you worked for Smoky Rose as a bartender, barback, or runner, you might be entitled to join a lawsuit claiming backpay and other damages. For additional information about the case, including how to join, visit «hyperlink»