UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RUSS SAVAGE, Individually and for Others Similarly Situated, | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § | CASE NO. 3:25-cv-914 |
| SMOKY ROSE, LLC, | § § § § | |
| *Defendant.* | § | |

## JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES

Plaintiff Russ Savage and Defendant Smoky Rose, LLC (collectively, the "**Parties**"), respectfully move the Court, pursuant to FED. R. CIV. P. 16(b)(4) and Local Rule 40.1, for an order extending by ninety (90) days all deadlines in the Court's Scheduling Order, including the current trial setting. In support, the Parties show as follows:

### I.      BACKGROUND

1.      On August 7, 2025, the Court entered its Scheduling Order setting various pretrial deadlines and a trial setting on the Court's three-week docket beginning December 1, 2026.

2.      The Parties are actively engaged in settlement discussions and are working toward a resolution that would avoid the need for further motion practice and trial.

3.      As part of their settlement efforts, the Parties are working together on a stipulated notice and consent form and have agreed on a limited collective or class for notice purposes. Since briefing on Plaintiff's motion for court-authorized notice, one additional individual has filed a consent to join the case.

4.      Specifically, former Smoky Rose bartender Luis Delgado has filed a notice of consent to participate in this action, further confirming that additional individuals may seek to participate in the collective action.

5.      To allow the Parties to continue pursuing settlement in good faith and to avoid unnecessary litigation activity while those efforts are ongoing, the Parties jointly request a ninety (90) day extension of all Scheduling Order deadlines, including the trial setting.

## II.      ARGUMENTS AND AUTHORITIES

6.      This request is made pursuant to FED. R. CIV. P. 16(b)(4), which permits modification of a scheduling order for good cause, and is submitted jointly by agreement of all Parties.

7.      Good cause exists because the Parties are actively working toward settlement and are continuing to evaluate the claims and defenses through discovery. In addition, the Parties are working cooperatively on notice related issues for the collective action, including a stipulated notice and consent form and an agreed collective or class for notice purposes.

8.      The requested ninety (90) day extension of all Scheduling Order deadlines, including the trial setting, will conserve the resources of the Parties and the Court, and will not prejudice any Party. The requested extension will allow the Parties to continue pursuing settlement and to complete necessary discovery in an efficient manner.

## III.      REQUESTED RELIEF

For these reasons, the Parties respectfully request that the Court enter an order extending by ninety (90) days all deadlines in the Court's Scheduling Order, including the trial setting, and granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ Kinsey D. Lakey

**KINSEY D. LAKEY**
Texas Bar No. 24122134
klakey@plattrichmond.com
**WILLIAM S. RICHMOND**
Texas Bar No. 24006680040
brichmond@plattrichmond.com
**HEATHER M. CRABILL**
Texas Bar No. 24131151
hcrabill@plattrichmond.com
**Platt Richmond PLLC**
1201 N. Riverfront Blvd., Suite 100
Dallas, Texas 75207
214.559.2700 Main
214.559.4390 Fax

**COUNSEL FOR DEFENDANT**

_____

**DAVID CASH, SOLE MEMBER OF DEFENDANT SMOKY ROSE, LLC**

/s/ Carl A. Fitz

**CARL A. FITZ**
Tex. State Bar No. 24105863
**FITZ LAW PLLC**
3730 Kirby Drive, Ste. 1200
Houston, Texas 77098
Tel.: (713) 766-4000
carl@fitz.legal

AND

**TRAVIS GASPER**
Texas Bar No. 24096881
**GASPER LAW PLLC**
633 West David Street
Dallas, Texas 75208
Phone: (469) 663-7336
Fax: (833) 957-2957
travis@travisgasper.com

**COUNSEL FOR PLAINTIFF**

Russ Savage (May 8, 2026 14:58:37 CDT)

**RUSS SAVAGE, PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2026, a true and correct copy of this instrument was served upon all parties of record via electronic notice by the court's e-filing system in accordance with the Federal Rules of Civil Procedure.

/s/ Kinsey D. Lakey
**KINSEY D. LAKEY**

# Joint Motion -Savage

Final Audit Report                                                    2026-05-08

| | |
|---|---|
| Created: | 2026-05-08 |
| By: | Carl Fitz (carl@fitz.legal) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAqIgUhKjSSfkhz-AtLnMCW1AsWzvV-KmQ |

## "Joint Motion -Savage" History

Web Form created by Carl Fitz (carl@fitz.legal)
2026-05-08 - 7:11:15 PM GMT

Web Form filled in by Russ Savage (Russnsavage@yahoo.com)
2026-05-08 - 7:58:38 PM GMT

Email verification link emailed to Russ Savage (Russnsavage@yahoo.com)
2026-05-08 - 7:58:39 PM GMT

Email viewed by Russ Savage (Russnsavage@yahoo.com)
2026-05-08 - 7:59:08 PM GMT

E-signature verified by Russ Savage (Russnsavage@yahoo.com)
2026-05-08 - 7:59:08 PM GMT

Agreement completed.
2026-05-08 - 7:59:08 PM GMT

Adobe Acrobat Sign

Respectfully submitted,

/s/ Kinsey D. Lakey                              /s/ Carl A. Fitz
**KINSEY D. LAKEY**                              **CARL A. FITZ**
Texas Bar No. 24122134                          Tex. State Bar No. 24105863
klakey@plattrichmond.com                        **FITZ LAW PLLC**
**WILLIAM S. RICHMOND**                          3730 Kirby Drive, Ste. 1200
Texas Bar No. 24006680040                       Houston, Texas 77098
brichmond@plattrichmond.com                     Tel.: (713) 766-4000
**HEATHER M. CRABILL**                           carl@fitz.legal
Texas Bar No. 24131151
hcrabill@plattrichmond.com                      AND
**Platt Richmond PLLC**
1201 N. Riverfront Blvd., Suite 100             **TRAVIS GASPER**
Dallas, Texas 75207                             Texas Bar No. 24096881
214.559.2700 Main                               **GASPER LAW PLLC**
214.559.4390 Fax                                633 West David Street
                                                Dallas, Texas 75208
                                                Phone: (469) 663-7336
**COUNSEL FOR DEFENDANT**                        Fax: (833) 957-2957
                                                travis@travisgasper.com

_____
**DAVID CASH, SOLE MEMBER OF**                   **COUNSEL FOR PLAINTIFF**
**DEFENDANT SMOKY ROSE, LLC**


                                                _____
                                                **RUSS SAVAGE,**
                                                **PLAINTIFF**


## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2026, a true and correct copy of this instrument was served upon all parties of record via electronic notice by the court's e-filing system in accordance with the Federal Rules of Civil Procedure.


                                                /s/ Kinsey D. Lakey
                                                **KINSEY D. LAKEY**

# 2026.05.08 - Joint Mtn to Extend SO DLs

Final Audit Report                                                2026-05-08

| | |
|---|---|
| Created: | 2026-05-08 |
| By: | Amber Wheeler (awheeler@plattrichmond.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAq_ml7dAx6ze4VO8O09nMycXqP7JuVQBq |

## "2026.05.08 - Joint Mtn to Extend SO DLs" History

Document created by Amber Wheeler (awheeler@plattrichmond.com)
2026-05-08 - 7:04:51 PM GMT

Document emailed to david cash (cashdavid@gmail.com) for signature
2026-05-08 - 7:05:47 PM GMT

Email viewed by david cash (cashdavid@gmail.com)
2026-05-08 - 10:21:46 PM GMT

Document e-signed by david cash (cashdavid@gmail.com)
Signature Date: 2026-05-08 - 10:22:07 PM GMT - Time Source: server - Signature Appearance Selected: IMAGE

Agreement completed.
2026-05-08 - 10:22:07 PM GMT

**Adobe Acrobat Sign**