**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **RUSS SAVAGE, Individually and** | § | |
| **for Others Similarly Situated,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CASE NO. 3:25-cv-914** |
| | § | |
| **SMOKY ROSE, LLC,** | § | |
| | § | |
| *Defendant.* | § | |

**ORDER GRANTING JOINT MOTION**
**TO EXTEND SCHEDULING ORDER DEADLINES**

Before the Court is the Parties' Joint Motion to Extend Scheduling Order Deadlines [Dkt. 44]. Having considered the motion, and for good cause shown, the Court finds that the motion should be **GRANTED**.

**IT IS ORDERED** that all deadlines in the Court's Scheduling Order are extended by ninety (90) days, including the current trial setting on the Court's three-week docket beginning December 1, 2026.

SIGNED this _____ day of _____, 2026.

_____
HONORABLE ADA BROWN
UNITED STATES DISTRICT JUDGE