# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| RUSS SAVAGE, | § | |
| | § | |
| **Plaintiff.** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:25-CV-00914-E |
| | § | |
| SMOKY ROSE LLC, | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

## AMENDED SCHEDULING ORDER

### I.    SUMMARY OF CRITICAL DATES

| | |
|---|---|
| Deadline for Completion of Mediation (¶ 6) | August 13, 2026 |
| Rebuttal Expert Designation (¶ 4 c) | 49 days after disclosure made by other party |
| Deadline for Completion of Discovery (¶ 5) | September 2, 2026 |
| Deadline for Expert Objections (¶ 4 d) | October 2, 2026 |
| Deadline for Dispositive Motions (¶ 3) | October 2, 2026 |
| Deadline for Pretrial Disclosures and Objections (¶ 7) | January 12, 2027<br>Objections due 14 days thereafter |
| Deadline for Pretrial Materials (pretrial order etc.) (¶ 8) | February 2, 2027 |
| Settlement Conference (¶ 10) | Ten days prior to the pretrial conference |
| Exchange of Exhibits (¶ 9) | Two business days prior to the pretrial conference |
| Pretrial Conference (¶ 9) | March 1, 2027, at 10:00 AM |
| Trial Date (¶ 1) | Three-week docket beginning Tuesday, March 2, 2027 |

**SO ORDERED.**

**Signed July 7, 2026.**

Ada Brown
UNITED STATES DISTRICT JUDGE