# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| RUSS SAVAGE, Individually and for Others Similarly Situated,<br><br>　　　*Plaintiff,*<br>v.<br><br>SMOKY ROSE, LLC,<br><br>　　　*Defendant.* | **Case No. 3:25-cv-914**<br><br><br>Jury Trial Demanded<br><br>29 U.S.C. § 216(b) Collective Action |

## JOINT MOTION FOR ENTRY OF AGREED ORDER

Plaintiff Russ Savage (Savage) and Defendant Smoky Rose, LLC (Smoky Rose) (together, the Parties), move for entry of the parties' agreed order related to conditional certification. On December 15, 2025, Savage moved for conditional certification under the FLSA. Dkt. 25. On May 8, 2026, the parties stipulated to Court-authorized notice under the Fair Labor Standards Act. Dkt. 44. To date, the Court has not entered the parties' proposed order related to the agreed notice and consent process. *Id.* Entry of the parties' agreed order is necessary to moot the pending motion for conditional certification and facilitate notice to the agreed putative collective. The parties request entry of their agreed Order.

Date: July 21, 2026.

Respectfully submitted,

By: */s/ Carl A. Fitz*
　　**Carl A. Fitz**
　　Tex. Bar No. 24105863
**FITZ LAW PLLC**
3730 Kirby Drive, Ste. 1200
Houston, Texas 77098
(713) 766-4000
carl@fitz.legal

**ATTORNEY FOR PLAINTIFF**

By: */s/ Kinsey D. Lakey*

**Kinsey D. Lakey**
Texas Bar No. 24122134
**KINSEY D. LAKEY**
1201 N. Riverfront Blvd., Suite 100
Dallas, Texas 75207
klakey@plattrichmond.com

**ATTORNEY FOR DEFENDANT**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 21, 2026, a true and correct copy of this instrument was served upon all parties of record via electronic notice by the court's e-filing system in accordance with the Federal Rules of Civil Procedure.

*/s/ Carl A. Fitz*
**CARL A. FITZ**