**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| RUSS SAVAGE, INDIVIDUALLY AND FOR OTHERS SIMILARLY SITUATED, <br><br> PLAINTIFF, <br><br> v. <br><br> SMOKY ROSE, LLC, <br><br> DEFENDANT. | § § § § § § § § § § § § § | CASE NO. 3:25-CV-914 |

**ORDER GRANTING STIPULATION OF COURT-AUTHORIZED NOTICE**

On this day, came on for consideration the parties' Stipulation of Court-Authorized Notice.

Upon review of the Stipulation, the Court is of the opinion that it should be and hereby is

GRANTED.

Court-Authorized Notice is APPROVED to the following:

**All current and former Smoky Rose barbacks, bar runners, and bartenders from February 27, 2023 through August 18, 2024.**

It is further ORDERED that the Notice and Consent Forms, submitted with the Motion, are

hereby authorized to be disseminated as follows:

| DEADLINE | SUBJECT |
|---|---|
| **7 days from order approving notice to Potential Collective Members** | Defendant to provide to Plaintiffs' counsel in Excel (.xlsx) format the following information regarding all Putative Collective Members: full name; last known addresses with city, state, and zip code; last known e-mail addresses (non-company address if applicable); last known telephone numbers; beginning dates of employment; and ending dates of employment (if applicable). |
| | The list of Putative Collective Members shall be utilized solely for the purposes of effectuating notice of this lawsuit to the Putative Collective Members. |

| DEADLINE | SUBJECT |
|---|---|
| **7 days from order approving notice to Potential Collective Members** | Plaintiffs' counsel shall send a copy of the Court-approved Notice and Consent Form to the Putative Collective Members by U.S. Mail, email, and text message. For any notice that is returned as undeliverable, Plaintiffs' counsel may check such persons through the U.S. Postal Service's National Change of Address database ("NCOA"), and may perform address searches using public and proprietary electronic resources, which collect data from various sources such as utility records and property tax records. Plaintiffs' counsel may follow-up the mailed Notice and Consent Forms with contact by telephone of former employees or those Putative Collective Members whose mailed or emailed contact information is not valid. |
| **60 days from mailing of Notice and Consent Forms to Potential Collective Members** | The Putative Collective Members shall have 60 days to return their signed Consent forms to Plaintiffs' counsel for filing with the Court. Consent Forms must be postmarked by this deadline. |
| **30 days from mailing of Notice and Consent Forms to Potential Collective Members** | Plaintiffs' counsel is authorized to mail, email, and text message a second, identical copy of the Notice and Consent Form to the Putative Collective Members reminding them of the deadline for the submission of the Consent forms. |

_____

Date

_____

Hon. Ada Brown
United States District Judge