**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **RUSS SAVAGE, Individually and for Others Similarly Situated,** | § § § | |
| *Plaintiff,* | § § | |
| **v.** | § § | **CASE NO. 3:25-cv-914** |
| **SMOKY ROSE, LLC,** | § § § | |
| *Defendant.* | § | |

## JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES

Plaintiff Russ Savage and Defendant Smoky Rose, LLC (collectively, the "**Parties**"), move the Court, pursuant to FED. R. CIV. P. 16(b)(4) and Local Rule 40.1, for an order extending all remaining deadlines in the Court's Amended Scheduling Order [Dkt. No. 47] by sixty (60) days to allow the Court-authorized notice and class certification process to complete before the Parties proceed with mediation and the remaining pretrial deadlines. In support, the Parties show as follows:

### I.    BACKGROUND

1.    On July 7, 2026, the Court entered its Amended Scheduling Order, which currently sets the deadline to complete mediation for August 13, 2026, the deadline to complete discovery for September 2, 2026, the deadline for dispositive motions and expert objections for October 2, 2026, pretrial disclosure and pretrial-material deadlines in January and February 2027, a pretrial conference on March 1, 2027, and trial on the Court's three-week docket beginning March 2, 2027.

2.    On May 8, 2026, the Parties filed their Stipulation of Court-Authorized Notice [Dkt. No. 44], stipulating that putative collective members are limited to Smoky Rose

barbacks, bar runners, and bartenders from February 27, 2023 through August 18, 2024. The stipulation was made without admission of any claim, defense, or liability, and without waiver of any rights or remedies.

3.      The Parties stipulated to the collective class definition and notice process to narrow the issues before the Court and to narrow the issues for mediation.

4.      On July 22, 2026, the Court granted the Parties' Stipulation of Court-Authorized Notice [Dkt. No. 51], approved Court-authorized notice to all current and former Smoky Rose barbacks, bar runners, and bartenders from February 27, 2023 through August 18, 2024, and authorized dissemination of the Notice and Consent Forms.

5.      Under the Court's July 22, 2026 Order, Defendant must provide putative collective-member information within seven days of the Order, Plaintiffs' counsel must disseminate the approved Notice and Consent Forms within seven days of the Order, and putative collective members will then have sixty days from mailing to return signed Consent Forms.

6.      The current mediation deadline will occur before the notice period and class certification process can be completed. The Parties are ready, willing, and able to mediate, but mediation will be more productive and efficient after the notice period closes and the Parties know the scope of participating claimants.

## II.      ARGUMENTS AND AUTHORITIES

7.      This request is made pursuant to FED. R. CIV. P. 16(b)(4), which permits modification of a scheduling order for good cause, and is submitted jointly by agreement of all Parties.

8.      Good cause exists because the Court has approved the Parties' stipulated notice process, and that process necessarily must run before the Parties can meaningfully assess the scope of the collective class, evaluate the remaining claims and defenses, and mediate with a complete understanding of the case.

9.      The Parties stipulated to the collective class definition and notice procedure to narrow the issues before the Court and for mediation. The Parties are ready, willing, and able to mediate, and extending the remaining deadlines will allow mediation to occur after the class certification and notice process has concluded, when mediation is most likely to be productive.

10.      The requested extension will conserve the resources of the Parties and the Court, avoid unnecessary pretrial activity while the notice process is ongoing, and will not prejudice any Party because the request is made jointly and before the remaining deadlines have expired.

### III.      REQUESTED RELIEF

For these reasons, the Parties respectfully request that the Court enter an order extending all remaining deadlines in the Court's Amended Scheduling Order by sixty (60) days, including the mediation deadline, discovery deadline, expert-objection deadline, dispositive-motion deadline, pretrial deadlines, pretrial conference, and trial setting, to allow the Court-authorized notice and class certification process to complete before mediation and the remaining pretrial deadlines proceed. The Parties further request such other and further relief to which they may be justly entitled.

Respectfully submitted,

/s/ Kinsey D. Lakey
**KINSEY D. LAKEY**
Texas Bar No. 24122134
klakey@plattrichmond.com
**CHRISTOPHER L. HARBIN**
Texas Bar No. 24083134
charbin@plattrichmond.com
**WILLIAM S. RICHMOND**
Texas Bar No. 24006680040
brichmond@plattrichmond.com
**HEATHER M. CRABILL**
Texas Bar No. 24131151
hcrabill@plattrichmond.com
**PLATT RICHMOND PLLC**
1201 N. Riverfront Blvd., Suite 100
Dallas, Texas 75207
214.559.2700 Main
214.559.4390 Fax

**COUNSEL FOR DEFENDANT**

**DAVID CASH, SOLE MEMBER OF
DEFENDANT SMOKY ROSE, LLC**

/s/ Carl A. Fitz
**CARL A. FITZ**
Tex. State Bar No. 24105863
**FITZ LAW PLLC**
3730 Kirby Drive, Ste. 1200
Houston, Texas 77098
Tel.: (713) 766-4000
carl@fitz.legal

AND

**TRAVIS GASPER**
Texas Bar No. 24096881
**GASPER LAW PLLC**
633 West David Street
Dallas, Texas 75208
Phone: (469) 663-7336
Fax: (833) 957-2957
travis@travisgasper.com

**COUNSEL FOR PLAINTIFF**

Russell Savage (Jul 25, 2026 22:23:40 CDT)

**RUSS SAVAGE,
PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2026, a true and correct copy of this instrument was served upon all parties of record via electronic notice by the court's e-filing system in accordance with the Federal Rules of Civil Procedure.

/s/ Kinsey D. Lakey
**KINSEY D. LAKEY**

# 2026.07.23 - 2nd Joint Mtn to Extend SO DLs

Final Audit Report                                              2026-07-23

| | |
|---|---|
| Created: | 2026-07-23 |
| By: | Amber Wheeler (awheeler@plattrichmond.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAiSnwAI79JBoFvzhMHgSQGw71PT-s9sgL |

## "2026.07.23 - 2nd Joint Mtn to Extend SO DLs" History

📄 Document created by Amber Wheeler (awheeler@plattrichmond.com)
2026-07-23 - 1:38:02 PM GMT

📧 Document emailed to david cash (cashdavid@gmail.com) for signature
2026-07-23 - 1:39:11 PM GMT

📄 Email viewed by david cash (cashdavid@gmail.com)
2026-07-23 - 2:28:13 PM GMT

✍ Document e-signed by david cash (cashdavid@gmail.com)
Signature Date: 2026-07-23 - 2:28:39 PM GMT - Time Source: server - Signature Appearance Selected: IMAGE

✅ Agreement completed.
2026-07-23 - 2:28:39 PM GMT

Adobe Acrobat Sign

# Joint Motion To Extend Scheduling Order Deadlines

**Final Audit Report**                                              2026-07-26

| | |
|---|---|
| Created: | 2026-07-26 |
| By: | Carl Fitz (carl@fitz.legal) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAIJXW-JZBn2F-MfGM2Xdy-u4YqG-Ri0dd |

## "Joint Motion To Extend Scheduling Order Deadlines" History

Web Form created by Carl Fitz (carl@fitz.legal)
2026-07-23 - 11:24:04 PM GMT

Web Form filled in by Russell Savage (Russnsavage@yahoo.com)
2026-07-26 - 3:23:40 AM GMT

Email verification link emailed to Russell Savage (Russnsavage@yahoo.com)
2026-07-26 - 3:23:41 AM GMT

Email viewed by Russell Savage (Russnsavage@yahoo.com)
2026-07-26 - 3:24:00 AM GMT

E-signature verified by Russell Savage (Russnsavage@yahoo.com)
2026-07-26 - 3:24:00 AM GMT

Agreement completed.
2026-07-26 - 3:24:00 AM GMT

**Adobe Acrobat Sign**