**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **RUSS SAVAGE, Individually and for Others Similarly Situated,** | § § § | |
| *Plaintiff,* | § § § | |
| **v.** | § § | **CASE NO. 3:25-cv-914** |
| **SMOKY ROSE, LLC,** | § § § | |
| *Defendant.* | § § | |

**ORDER GRANTING JOINT MOTION TO**
**EXTEND SCHEDULING ORDER DEADLINES**

Before the Court is the Parties' Joint Motion to Extend Scheduling Order Deadlines. After considering the Motion, the record, and applicable law, the Court finds that the Motion should be and is hereby **GRANTED**.

It is therefore **ORDERED** that all remaining deadlines in the Court's Amended Scheduling Order are extended by sixty (60) days as follows:

| Deadline | Extended Date |
|---|---|
| Deadline for Completion of Mediation | October 12, 2026 |
| Rebuttal Expert Designation | Forty-nine (49) days after disclosure made by other party |
| Deadline for Completion of Discovery | November 2, 2026 |
| Deadline for Expert Objections | December 1, 2026 |
| Deadline for Dispositive Motions | December 1, 2026 |
| Deadline for Pretrial Disclosures | March 15, 2027 |
| Objections to Pretrial Disclosures | Fourteen (14) days after service of pretrial disclosures |
| Deadline for Pretrial Materials | April 5, 2027 |
| Settlement Conference | Ten (10) days before the pretrial conference |
| Exchange of Exhibits | Two (2) business days before the pretrial conference |
| Pretrial Conference | April 30, 2027, at 10:00 a.m. |
| Trial Date | Three-week docket beginning Monday, May 3, 2027 |

**SO ORDERED.**

SIGNED this _____ day of _____ 2026.


_____
UNITED STATES DISTRICT JUDGE