**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| RUSS SAVAGE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:25-CV-00914-E |
| | § | |
| SMOKY ROSE LLC, | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

**THIRD AMENDED SCHEDULING ORDER**

Before the Court is the Parties' Joint Motion to Extend Scheduling Order Deadlines. After considering the Motion (Doc. 52), the record, and applicable law, the Court finds that the Motion should be and is hereby **GRANTED**.

It is therefore **ORDERED** that all remaining deadlines in the Court's Amended Scheduling Order are extended by sixty (60) days as follows:

| Deadline | Extended Date |
|---|---|
| Deadline for Completion of Mediation | October 13, 2026 |
| Rebuttal Expert Designation | Forty-nine (49) days after disclosure made by other party |
| Deadline for Completion of Discovery | November 2, 2026 |
| Deadline for Expert Objections | December 1, 2026 |
| Deadline for Dispositive Motions | December 1, 2026 |
| Deadline for Pretrial Disclosures | March 15, 2027 |
| Objections to Pretrial Disclosures | Fourteen (14) days after service of pretrial disclosures |
| Deadline for Pretrial Materials | April 5, 2027 |
| Settlement Conference | Ten (10) days before the pretrial conference |
| Exchange of Exhibits | Two (2) business days before the pretrial conference |
| Pretrial Conference | May 3, 2027, at 10:00 a.m. |
| Trial Date | Three-week docket beginning Monday, May 4, 2027 at 9:00 am |

**SO ORDERED.**

30th day of July, 2026.

ADA BROWN
UNITED STATES DISTRICT JUDGE