**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| RUSS SAVAGE, Individually and For Others Similarly Situated, | Case No.: 3:25-cv-914 |
| v. | JURY TRIAL DEMANDED COLLECTIVE ACTION PURSUANT |
| SMOKY ROSE, LLC. | TO 29 U.S.C. § 216(b) |

**NOTICE OF FILING NOTICE OF CONSENT**

Plaintiff hereby submits the attached notice(s) of consent:

1. Birdsong, Dakota
2. Shields, Kasey

Dated: August 3, 2026

Respectfully Submitted,

By:  /s/ *Carl A. Fitz*
    **Carl A. Fitz**
    Tex. State Bar No. 24105863
**FITZ LAW PLLC**
3730 Kirby Drive, Ste. 1200
Houston, Texas 77098
Tel.: (713) 766-4000
carl@fitz.legal

AND

**Travis Gasper**
Texas Bar No. 24096881
**GASPER LAW PLLC**
633 West David Street
Dallas, Texas 75208
Phone: (469) 663-7336
Fax: (833) 957-2957
Email: travis@travisgasper.com

**Attorneys for Plaintiffs**

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served by ECF electronic filing on all known parties on this the 3rd day of August 2026.

/s/ Carl A. Fitz
**Carl A. Fitz**

2