# Exhibit 1

**CONSENT TO JOIN WAGE CLAIM LAWSUIT AGAINST SMOKY ROSE**

Printed Name: Dakota Birdsong

1. I hereby consent join the collective action lawsuit filed against Smoky Rose to pursue my claims of unpaid tips and/or overtime during the time that I worked with the company.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.

3. I designate the law firms and attorney at FITZ LAW PLLC as my attorneys to prosecute my wage claims.

4. I consent to having Plaintiff and Plaintiff's Counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial, the terms of settlement and release of claims, and agreements regarding attorney fees and costs.

5. If needed, I authorize the Plaintiff's lawyers to use this consent to re-file my claim in a separate lawsuit or arbitration against the Defendant.

Signature: Dakota Birdsong (Aug 3, 2026 11:18:15 CDT)    Date Signed: Aug 3, 2026

# Exhibit 2

**CONSENT TO JOIN WAGE CLAIM LAWSUIT AGAINST SMOKY ROSE**

Printed Name: Kasey Jean Shields

1. I hereby consent join the collective action lawsuit filed against Smoky Rose to pursue my claims of unpaid tips and/or overtime during the time that I worked with the company.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and I consent to be bound by the Court's decision.

3. I designate the law firms and attorney at FITZ LAW PLLC as my attorneys to prosecute my wage claims.

4. I consent to having Plaintiff and Plaintiff's Counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial, the terms of settlement and release of claims, and agreements regarding attorney fees and costs.

5. If needed, I authorize the Plaintiff's lawyers to use this consent to re-file my claim in a separate lawsuit or arbitration against the Defendant.

Signature: Kasey Jean Shields (Aug 3, 2026 20:19:21 CDT)

Date Signed: Aug 3, 2026