# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **RUSS SAVAGE**, Individually and For Others Similarly Situated, | **Case No.: 3:25-cv-914** |
| Plaintiff, | |
| v. | JURY TRIAL DEMANDED |
| **SMOKY ROSE, LLC,** | COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) |
| Defendant, | |

## NOTICE OF FILING NOTICE OF CONSENT

Plaintiff hereby submits the attached notice(s) of consent:

1. Butler, Keili

Dated: August 14, 2026

Respectfully Submitted,

By:  /s/ *Carl A. Fitz*
**Carl A. Fitz**
Tex. State Bar No. 24105863
**FITZ LAW PLLC**
3730 Kirby Drive, Ste. 1200
Houston, Texas 77098
Tel.: (713) 766-4000
carl@fitz.legal

AND

**Travis Gasper**
Texas Bar No. 24096881
**GASPER LAW PLLC**
633 West David Street
Dallas, Texas 75208
Phone: (469) 663-7336
Fax: (833) 957-2957
Email: travis@travisgasper.com

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF electronic filing on all known parties on this the 14th day of August 2026.

/s/ Carl A. Fitz
**Carl A. Fitz**