**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

RUSSELL SAVAGE, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

SMOKY ROSE, LLC,

Defendant.

Civil Action No. 3:25-cv-00914-E

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Russell Savage, Opt-In Plaintiffs Dakota Birdsong, Keili Butler, Kasey Shields, and Luis Delgado (together with Savage, the "Plaintiffs"); and Defendant Smoky Rose, LLC stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal with prejudice of every claim the Plaintiffs asserted in this action.

This stipulation is signed by all parties who have appeared and is effective on filing without an order of the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party bears its own attorney's fees and costs except as the settlement agreement provides.

Date: November 2, 2026

Respectfully submitted,

*/s/ Carl A. Fitz*
**Carl A. Fitz**
Texas Bar No. 24105863
**FITZ LAW PLLC**
3730 Kirby Drive, Suite 1200
Houston, Texas 77098
Telephone: (713) 766-4000
carl@fitz.legal

**ATTORNEY FOR PLAINTIFF AND OPT-IN PLAINTIFFS**

*/s/ Kinsey Lakey* [signed with permission]
**Kinsey Lakey**
Texas Bar No. 24122134
klakey@plattrichmond.com
**Christopher Harbin**
Texas Bar No. 24083134
charbin@plattrichmond.com
**PLATT RICHMOND PLLC**
1201 N. Riverfront Blvd., Suite 100
Dallas, Texas 75207
Telephone: 214.559.2700
Fax: 214.559.4390

**ATTORNEYS FOR DEFENDANT SMOKY ROSE, LLC**

## CERTIFICATE OF SERVICE

I certify that on November 2, 2026, I filed this stipulation through the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Carl A. Fitz
Carl A. Fitz